IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____

RUDY LAWIDJAJA                              )
139a Chevy Chase Street                      )
Gaithersburg, MD 20878                       )
                                            )
                                            )
                    Plaintiff,               )
                                            )        Case No.:
        vs.                                  )
                                            )            COMPLAINT AND JURY
                                            )            DEMAND
THE WASHINGTON BLADE                         )
1408 U Street, NW                            )
Washington, D.C. 20009                       )
                                            )
WINDOW MEDIA LLC                             )
1408 U Street, NW                            )
Washington, D.C. 20009                       )
                                            )
 and                                         )
                                            )
UNITE MEDIA LLC                              )
333 Seventh Avenue                           )
New York, NY 10001                           )
                                            )
                                            )
                    Defendants.              )
                                            )
_____)

<u>COMPLAINT</u>

Plaintiff, Rudy K. Lawidjaja ("Plaintiff," or "Mr. Lawidjaja"), brings this complaint in

the United States District Court for the District of Columbia against The Washington Blade,

Window Media LLC and Unite Media LLC (collectively the "Defendants"), alleging as follows:

<u>NATURE OF THE CASE</u>

1.      Mr. Lawidjaja is a prominent and experienced photographer based in the Washington,

D.C. metropolitan area.  From October, 2004 to November, 2005, he worked as an independent,

freelance photographer for the Washington Blade newspaper taking assignments and delivering photographs for that newspaper's print deadlines, in exchange for an assignment fee and photo use fee.

2.      Washington Blade, a leading newspaper for the gay and lesbian community, is owned and operated by a corporate entity named The Washington Blade ("WB").  WB is owned by Window Media, LLC ("Window Media"), which also owns and operates two other newspapers, Southern Voice and Houston Voice.  A related company of Window Media, Unite Media LLC ("Unite Media"), is the owner and operator of other newspapers, including Express Gay News and the New York Blade.

3.      As the owner of the Washington Blade, WB and/or Window Media failed to provide Mr. Lawidjaja with proper accounting and full payment for assignments and photo uses.  Further, Washington Blade routinely published Mr. Lawidjaja's photographs without proper credit, while Window Media and Unite Media exercised shared and unauthorized dominion over Plaintiff's photographic works, publishing them in print and online editions of their other newspapers without his permission.  In addition, following a third party request to acquire rights to Mr. Lawidjaja's photographs, an executive of WB (who also was a director of Window Media) threatened legal action against Mr. Lawidjaja and any third party that tried to acquire such rights.

4.      By this action, Mr. Lawidjaja seeks a full and complete accounting of all amounts due him under the agreement with the Washington Blade, as well as compensatory, statutory and punitive damages and injunctive relief for copyright infringement, breach of contract and unfair competition by the Defendants.

## PARTIES

5.      Mr. Lawidjaja is an individual residing in the State of Maryland, with a business address in U.S. Senate Press Photography Gallery in Washington, D.C.

6.      On information and belief, WB is a District of Columbia corporation with a principal place of business at 1408 U Street, NW, Washington, D.C. 20009.

7.      On information and belief, the Washington Blade is a print and an online newspaper featuring news and information for and about the gay and lesbian community of the Washington, D.C. region.  It has a weekly readership in excess of approximately 100,000 persons.

8.      On information and belief, Window Media is a Georgia corporation, with a business address at 1408 U Street, NW, Washington, DC. 20009.

9.      On information and belief, Unite Media is a Delaware corporation, with a principal business address at 333 Seventh Avenue, New York, NY 10001.

10.      On information and belief, Window Media and Unite Media are part of a media empire that is the nation's largest gay and lesbian newspaper publisher.  On information and belief, Window Media owns and/or controls Washington Blade, Houston Voice and Southern Voice. On information and belief, Unite Media owns and/or controls the Express Gay News and New York Blade.  These newspapers have a combined readership in excess of 200,000 persons weekly.

## JURISDICTION AND VENUE

11.      This Court has personal jurisdiction over Defendants WB and Window Media because they have principal places of business in the District of Columbia.  This Court has personal jurisdiction over Unite Media because it has continuous and ongoing business contacts with residents of the District of Columbia through, among other things, the ownership and/or control

of one or more interactive websites aimed at residents of Washington, D.C. and by its engaging

in commercial practices with Defendants WB and Window Media in the District of Columbia.

12.     This case arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and the Lanham Act,

15 U.S.C. §1125(a), as well as the laws of the District of Columbia governing contracts entered

into within its jurisdiction and unfair competition occurring in the District of Columbia and

under D.C. Code § 28-3904 (2006).

13.     This court has subject matter jurisdiction to hear Plaintiff's copyright and unfair

competition claims under 17 U.S.C. § 101 *et seq*.; 15 U.S.C. §1125(a); 28 U.S.C. §§ 1331, 1338

and 1378; and 28 U.S.C. §1332 as there exists diversity of citizenship among the parties hereto

and the amount of controversy, exclusive of interest and costs, exceeds the sum of $75,000.

14.     This court has jurisdiction to hear Plaintiff's breach of contract claim pursuant to 28

U.S.C. § 1367.

15.     Venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a).

<u>Factual Allegations Relation to All Claims</u>

A.     <u>Agreement between Mr. Lawidjaja and WB</u>

16.     Mr. Lawidjaja is a talented, experienced photographer, professionally known as Rudy K.

His photographs, particularly those of figures in the gay and lesbian community and of image

commentaries about events of importance to the gay and lesbian community, have achieved wide

renown.  In addition to appearing in many print and online publications, his photos have been

exhibited and sold at the Museum of Contemporary Art in Washington, D.C. and online at

www.collages.net.  Mr. Lawidjaja also operates the website, www.rudykphotography.com.

17.     On or about October 9, 2004, Mr. Lawidjaja was contacted by WB and asked to go on a

photographic assignment.  After successfully completing that project, on or about October 11,

2004, WB asked Mr. Lawidjaja to take on other photographic assignments for its newspaper, and he agreed to do so.

18.    Pursuant to the understanding of the parties, the following were the key terms and conditions of the freelance, photographic agreement (the "Agreement") between Mr. Lawidjaja and WB:

      a.    WB agreed to pay Plaintiff $10.00 for each assignment and $15.00 for each published photo.  Mr. Lawidjaja was to be paid on a monthly basis and entitled to receive a report indicating which of his photos were published in the Washington Blade.

      b.    All published photographs were to contain a first and last name credit for Mr. Lawidjaja.

      c.    Mr. Lawidjaja retained all right, title and interest in and to the photographs, including all copyrights.   WB acquired a non-exclusive license to publish a photograph from the assignment on a one-time basis in the print version of the Washington Blade.   A separate and additional fee was to be paid for online use.

      d.    If a photograph was republished in another edition of the Washington Blade, the photo reuse fee of $15.00 was to be paid.

      e.    WB did not acquire the right to store images perpetually or to grant third parties any right to publish any of the photograph.

19.    Mr. Lawidjaja performed freelance photographic services for the WB for the period from October 2004 through November 2005.

20.    After returning from an assignment, Mr. Lawidjaja placed the photographs he took on a designated portion of his website.  He provided WB a password or link to an index page that enabled WB to access the digital photographic files and to download and use the images.

21.    Mr. Lawidjaja terminated his freelance arrangement with Defendant on or about November 2, 2005.

22.    Mr. Lawidjaja is the exclusive owner of numerous copyright registrations, many containing approximately 750 published photographs in each registration.  He has registered copyright in more than 6,000 of his photographs.

C.    <u>Breach of Contract by WB and Window Media</u>

23.    On information and belief, on a regular basis, WB published Mr. Lawidjaja's photographs without proper credit.  As a result, the public was led to believe that the photographs were owned and/or controlled by WB when they were not.  Mr. Lawidjaja was not only denied public renown for his works, but also sustained an infringement of his right to have his name identified with his works, so that he might license the photographs for third party reuse and/or sell copies of his images to supplement his income.

24.    On information and belief, the fees for Mr. Lawidjaja's services and published photographs were to be paid by Window Media.  However, routinely, Window Media made payment on a lump sum basis, without any report identifying the assignments and photos that the payment covered.  As a result, and despite numerous requests made by Mr. Lawidjaja for accurate reports and fair accountings, Mr. Lawidjaja has been unable to confirm that he received payment for all assignments undertaken and photographs published by WB.

25.    On information and belief, Window Media intentionally or negligently failed to pay Mr. Lawidjaja for all assignments and all photos published in the Washington Blade as required by the Agreement.  In addition, Window Media was routinely late in sending payment to Mr. Lawidjaja.

C.    Copyright Infringements by Defendants

26.    Subsequent to the termination of the Agreement, WB continued to publish and to

republish Mr. Lawidjaja's photographs without his consent and in violation of Mr. Lawidjaja's

registered copyrights.

27.    WB published Plaintiff's photographs in the online edition of the Washington Blade at

www.washblade.com without permission.  On information and belief, the following is a partial

list of copyrighted images infringed by WB:

- Wanda Alston on December 30, 2005 and June 12, 2006. See Exhibit 1
- Trey McIntyre (multiple images) on June 9, 2006 and June 20, 2006 (without credit).  See Exhibit 2.
- Jim Graham on June 15, 2006.  See Exhibit 3.
- Capital Pride Celebration on June 9, 2006. See Exhibit 4.
- Darlene Nipper on April 6, 2006 (without credit).  See Exhibit 5.
- Stg. Brett Parson on February 18, 2006 (without credit).  See Exhibit 6.
- Joe Solmonese on June 20, 2006 (without credit). See Exhibit 7.
- Rodeo on September 15, 2006 (without credit). See Exhibit 8.
- Phil Pannell on September 4, 2006.  See Exhibit 9.
- Jim Kennedy on August 11, 2006 and January 12, 2007.  See Exhibit 10.
- Carol Schwartz on October 6, 2006 (without credit).  See Exhibit 11.
- AIDS Walk on October 6, 2006 (without credit).  See Exhibit 12.

28.    On information and belief, WB published the following photographs in the print edition

of the Washington Blade after termination of the Agreement:

- Dana Jordan Dining for life on March 3, 2006 at page 35.  See Exhibit 13
- Darlene Nipper on April 7, 2006 on cover.  See Exhibit 14
- Carol Schwartz on April 7, 2006 at page 10.  See Exhibit 15
- Capital Pride Celebration on June 9, 2006 on cover.  See Exhibit 16
- High Heel Race on October 20, 2006 at page 42.  See Exhibit 17
- Phil Pannell on September 1, 2006 at page 8.  See Exhibit 18.
- David Catania on September 1, 2006 at page 8.  See Exhibit 18.
- Jim Kennedy on August 11, 2006 at page 8.  See Exhibit 19.
- Brent Minor, Djimon Hounsou and Mike Stebbins on August 4, 2006 at 34.  See Exhibit 20.

29.     On information and belief, Window Media published the Plaintiff's photographs on www.houstonvoice.com (the website for Houston Voice).  On information and belief, the following is a partial list of copyrighted images infringed by Houston Voice:

- Joe Solmonese on June 9 and 12, 2006 (without credit). See Exhibit 21.

30.     On information and belief, Window Media published the Plaintiff's photograph on www.sovo.com (the website for Southern Voice).  On information and belief, the following is a partial list of copyrighted images infringed by Southern Voice:

- Joe Solmonese on June 9 and 12, 2006 (without credit). See Exhibit 22.

31.     On information and belief, Unite Media published the Plaintiff's photographs on www.expressgaynews.com (the website for Express Gay News).  On information and belief, the following is a partial list of copyrighted images infringed by Express Gay News:

- Joe Solmonese on June 12, 2006 and September 23, 2006 (without credit). See Exhibit 23.

32.     On information and belief, Unite Media published the Plaintiff's photographs on www.newyorkblade.com (the website for New York Blade).  On information and belief, the following is a partial list of copyrighted images infringed by New York Blade:

- Joe Solmonese on June 9 and 12, 2006 (without credit). See Exhibit 24.
- 49 pictures from New York Pride 2005 on June 24, 2005.  On information and belief, each thumbnail photograph can be enlarged by clicking on it.  See Exhibit 25.

33.     The photographs referenced in Paragraphs 27-32 shall be identified herein collectively as the Infringed Photographs or individually Infringed Photograph.

34.     Copyrights for the Infringed Photographs referenced in Paragraphs 27-32 are included in the copyright registrations owned by Mr. Lawidjaja.  At all relevant times, Mr. Lawidjaja was and is the sole owner of all exclusive rights to the Infringed Photographs.

35.     Defendants WB and/or Window Media had access to Mr. Lawidjaja's photographs pursuant to the Agreement.

36.     Defendants WB and/or Window Media intentionally and/or negligently copied and publicly distributed and/or publicly displayed the Infringed Photographs appearing in the online and print editions of the Washington Blade.

37.     Defendants WB and/or Window Media intentionally and/or negligently provided copies of the Infringed Photographs to newspapers owned by Window Media and/or Unite Media.

38.     Defendant Window Media intentionally and/or negligently copied and publicly distributed and/or publicly displayed the Infringed Photographs identified in Paragraphs 29 and 30 online without prior permission of Mr. Lawidjaja.

39.     Defendant Unite Media intentionally and/or negligently copied and publicly distributed and/or publicly displayed the Infringed Photographs identified in Paragraphs 31 and 32 online without prior permission of Mr. Lawidjaja.

D.     <u>Additional Wrongful Actions by Defendants</u>

40.     On information and belief, in the case of the Infringed Photographs in Exhibit 2, WB took multiple images, cropped them, and combined them into a single, merged photograph.  The merged photograph constitutes a material alteration of the individual photographs and is harmful to Mr. Lawidjaja's honor and reputation.

41.     Each of the Defendants published one or more of the Infringed Photographs without printing Mr. Lawidjaja's photo credit or otherwise associating his name with the photographs. As a result, Mr. Lawidjaja was denied his right to claim authorship of each of said works.

42.     Moreover, it is common for third parties to notice Mr. Lawidjaja's name in connection with his photographic works and to contact him in connection with obtaining licensing rights to

the image or with acquiring a copy of the image.  By failing to associate his name with certain of the Infringed Photographs, the Defendants wrongfully prevented Mr. Lawidjaja from receiving due credit and an opportunity to secure additional commerce in his works.

43.    On information and belief, on at least one occasion, on or about November 18, 2005, after being told that another publication, Metroweekly, wanted to acquire certain photographs from Mr. Lawidjaja, Chris Crain, WB Executive Vice President for Editorial and Production (and a director of Window Media), advised senior staff that WB owned all of Plaintiff photographs taken on assignment and that if Mr. Lawidjaja tried to sell them, Mr. Lawidjaj and Metroweekly should expect legal action against them.

44.    On numerous occasions Mr. Lawidjaja or his representative notified the Washington Blade of his objection to the unauthorized use of his photographs.  For example, on October 5, 2006, counsel for Mr. Lawidjaja sent a letter to Kevin Naff, Editor of the Washington Blade, advising him of the issues noted herein.  See Exhibit 26.

45.    Despite such direct notification, the Defendants have failed to address the problems noted herein.

### COUNT I
### Copyright Infringement and Related Claims Pursuant to 17 U.S.C. §101 et seq.

46.    Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-45, inclusive.

47.    By their actions alleged in this Complaint, Defendants have infringed and unless enjoined by this Court will continue to infringe Mr. Lawidjaja's copyrights in and relating to his photographic works, and Mr. Lawidjaja's rights to attribution and integrity with respect to his photographic works.

48.    Defendants have reproduced Plaintiff's works, created derivative works based on them, displayed them publicly, and distributed them to the public on an unlimited and unrestricted basis without permission, all in violation of 17 U.S.C. §106.

49.    Defendants have published Plaintiff's works without proper attribution and have unreasonably denied him the right to claim authorship of his works, in violation of 17 U.S.C. §106A.

50.    Defendant WB directly facilitated the unauthorized reproduction, adaptation, distribution, and public display of Mr. Lawidjaja's work that occurred when Mr. Lawidjaja's photographs were exploited by Unite Media and in Window Media publications other than The Washington Blade; thus, WB is contributorily liable for Mr. Lawidjaja's damages resulting from same.

51.    Defendant WB directly facilitated the violations, by Unite Media and in Window Media publications other than The Washington Blade, of Mr. Lawidjaja's rights of attribution under 17 U.S.C. §106(A); thus, WB is contributorily liable for Mr. Lawidjaja's damages resulting from same.

52.    Defendant WB and/or Defendant Window Media had a financial interest in and a right and ability to control the unauthorized exploitation, in Window Media publications other than The Washington Blade; of copyright in Mr. Lawidjaja's work; thus, WB and Window Media are vicariously liable for Mr. Lawidjaja's damages resulting from same.

53.    Defendant WB and/or Defendant Window Media had a financial interest in and a right and ability to control the violations, in Window Media publications other than The Washington Blade, of Plaintiff's rights of attribution and integrity under 17 U.S.C. §106(A); thus, WB and Window Media vicariously liable for Mr. Lawidjaja's damages resulting from same.

54.     Plaintiff is entitled to receive all appropriate injunctive relief, including but not limited to the relief available under 17 U.S.C. §§502-503.

55.     Plaintiff is further entitled to recover from the Defendants the damages, including attorneys' fees, he has sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' willful acts of infringement alleged in this Complaint, including but not limited to such damages and awards as are available under 17. U.S.C. §§504-505.

**COUNT II**
**Breach of contract**

56.     Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-55, inclusive.

57.     During the term of the Agreement and thereafter, WB intentionally and/or negligently failed to provide Mr. Lawidjaja credit when his photographs were published in print and online. As a result, Mr. Lawidjaja was denied material consideration due to him in breach of the Agreement.

58.     During the term of the Agreement, WB and/or Window Media intentionally and/or negligently failed to provide Mr. Lawidjaja a record of all instances when his photographs were published in print and online.  As a result, Mr. Lawidjaja was not able to verify that the payments he received were correctly calculated pursuant to the Agreement.

59.     On information and belief, WB and Window Media routinely failed to compensate Mr. Lawidjaja, under-compensated him and/or were late in paying him, for the photographic assignments he performed and for published photographs used by WB in amounts to be determined, all in breach of the Agreement.

**Count III**
**Unfair Competition Under the Lanham Act**

60.     Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-59, inclusive.

61.     As described above, Defendants have engaged in false and misleading representations and omissions of material fact, and have engaged in deceptive conduct.

62.     Defendants' conduct deceived or is likely to deceive and caused or is likely to cause confusion or mistake among prospective consumers of licenses or copies of Plaintiff's photographs.

63.     Defendants' false and misleading representations and deceptive conduct are material in that the same have caused and are likely to cause prospective consumers of licenses or copies of Plaintiff's photographs to be deceived as to the availability of such works for reuse, and also as to the identity of the person to whom rights-acquisition inquiries should be posed.

64.     As a direct result of said deceptive conduct, Plaintiff has sustained and is likely to continue to sustain damages.

65.     Plaintiff has no adequate remedy at law.

66.     Plaintiff is entitled to exemplary and punitive damages by reason of Defendants' willful, reckless, deliberate and intentional conduct.

### Count IV
### Unlawful Trade Practices Under D.C. Code § 28-3904

67.     Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-66, inclusive.

68.     As described above, Defendants have engaged in unfair trade practices by representing to consumers that Plaintiff's photographs have a source that they do not have.

69.     Defendants have engaged in false and misleading representations and omissions of material fact to consumers and have engaged in deceptive conduct.

70.    Defendants have misrepresented material facts which have a tendency to mislead prospective consumers of licenses or copies of Plaintiff's photographs as to the availability of such works for reuse and also as the identity of the persons to whom rights-acquisition inquiries should be posed.

71.    Defendants have disparaged the goods and services and business of Plaintiff through false and misleading representations of material facts.

72.    By reasons of Defendants knowingly false and misleading representations of fact and conduct, Defendants have violated the District of Columbia's Consumer Protection Procedures Act § 28-3904.

73.    As a direct result of said misleading and deceptive conduct, Plaintiff, as well as consumers, has sustained and is likely to continue to sustain damages.

74.    Plaintiff has no adequate remedy at law.

75.    Pursuant to the District of Columbia's Consumer Protection Procedures Act § 28-3905 (k)(1), Plaintiff is entitled to enjoin Defendants' unlawful conduct as well as obtain tremble damages, punitive damages, and attorney's fees.

**Count V**
**Common Law Unfair Competition**

76.    Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-75, inclusive.

77.    As described above, Defendants have engaged in false and misleading representations and omissions of material fact and have engaged in deceptive conduct.

78.    Defendants' false and misleading representations and deceptive conduct are material in that the same were and are likely to affect prospective consumers of licenses or copies of Plaintiff's photographs.

79.    Defendants have engaged in unfair competition under the common law of the District of Columbia.

80.    As a direct result of said deceptive conduct, Plaintiff has sustained and is likely to continue to sustain damages.

81.    Plaintiff has no adequate remedy at law.

82.    Plaintiff is entitled to exemplary and punitive damages by reason of Defendants' willful, reckless, deliberate and intentional conduct.

**Count VI**
**Unjust Enrichment**

83.    Plaintiff realleges and incorporates herein the allegations in Paragraphs 1-82, inclusive.

84.    As a consequence of Defendants' actions, Plaintiff has been denied financial compensation and credit in connection with the publication of his photographs by Defendants. Defendants have been enriched by the manner and use of Mr. Lawidjaja's photographs in connection with their publications at Plaintiff's expense.  The circumstances are such that equity and good conscience require the Defendants to make restitution in an amount to be proven at trial.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against each Defendant as follows:

A.    Preliminarily and permanently enjoining and restraining Defendants, their officers, directors, shareholders, agents, employees, and attorneys and all those acting in concert with them from:

1.    Reproducing, publicly distributing, publicly displaying, preparing any derivative work of any of  Plaintiff's works in any medium, including but not limited to print and online;

2.    Failing to provide proper credit for any work the use of is authorized by Plaintiff;

3.    Stating directly or by implication that Plaintiff's works are those of any other person or entity or that the depiction or use of Plaintiff's works has been authorized when it has not been authorized.

B.    Requiring Defendants to take appropriate action to correct all erroneous impressions that have been created concerning the nature, characteristics, ownership or authorization regarding Plaintiff's photographs, including without limitation, the prominent placement of corrective notifications in print, online, and by mail.

C.    Ordering that Defendants file with this Court and serve upon Plaintiff within 20 days after the service of such injunction, an affidavit, sworn to under penalty of perjury, setting forth in detail the manner and form in which Defendants have complied with such injunctions.

D.    Ordering an accounting of all revenues received by each Defendant as a result of its unlawful conduct.

E.    Awarding Plaintiff: 1) Defendants' profits realized as a result of the copyright infringement, mutilation of Plaintiff's photographic works, failure to provide claim of authorship to Plaintiff, false advertising, unfair competition, unjust enrichment, and/or each Defendant's deceptive practices, or in the Court's discretion, such sum as the Court finds to be just; 2) damages sustained by Plaintiff; and 3) the costs of this action.

F.    Awarding Plaintiff statutory damages and attorney's fees pursuant to 17 U.S.C. §§ 504-505.

G.    Awarding Plaintiff treble damages or profits and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a-b).

H.    Awarding Plaintiff punitive damages in an amount to be determined.

I.      Awarding Plaintiff prejudgment and post-judgment interest on any monetary

award in this action.

J.      Granting such other and further relief as to this Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury

trial.

Dated:  January 16, 2007

LUTZKER & LUTZKER LLP


By_/s/ Arnold P. Lutzker_____
    ARNOLD P. LUTZKER (D.C. Bar No. 101816)

Arnold P. Lutzker (D.C. Bar No. 101816)
Jeannette Maurer Carmadella (D.C. Bar No.500586)
Lutzker & Lutzker LLP
1233 20th Street, NW, Suite 703
Washington, DC 20036
Phone: (202) 408-7600
Fax:    (202) 408-7677

Barbara I. Berschler (D.C. Bar No.  268524)
Law Office of Barbara I. Berschler
1700 Rockville Pike, Suite 400
Rockville, MD   20852
Phone: (301) 962-8580
Fax: 301-962-0189
***Attorneys for Plaintiff***

EXHIBIT 1

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

MONDAY, JUNE 12, 2006

**washington Blade** | **washingtonblade.com**
all the news for your *life* and your *style.*

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

**NEWS**
- LOCAL NEWS
- NATIONAL NEWS
- WORLD NEWS
- HEALTH NEWS
- RELIGION NEWS
- LEGAL BRIEFS

- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE
- CARTOONS

- BITCH SESSION

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

**email address**
[                    ]

(•) subscribe
( ) unsubscribe
[ ] I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

## LOCAL NEWS

### Alston murder shocked D.C. in 2005 (Gay)
Stabbing death of mayor's top gay aide topped local
news

By KEN SAIN
Friday, December 30, 2005

On March 16, employees in D.C. Mayor Anthony
Williams' office became concerned when Wanda
Alston, the mayor's director of Lesbian, Gay,
Bisexual, & Transgender Affairs office, was late
getting to work.

Alston, a longtime lesbian activist in the District,
missed a meeting co-workers knew she planned on
attending.

Attempts to reach her were unsuccessful so her co-
workers contacted Alston's partner, Stacey Long.
Long drove to Alston's Capitol Hill home and when
she entered the house she discovered Alston's body
on the floor near the door. She had been stabbed to
death.

News of the death of the 45-year-old lesbian activist
rocked the District's gay community because so
many people knew and respected her previous
activism and work since being named to a cabinet-
level post in the mayor's office.

About 24 hours after the killing, a neighbor of
Alston's, William Parrot Jr., was arrested for her
murder. Witnesses had seen Parrot driving Alston's
car, and he was in possession of two of Alston's
credit cards and her keys when police nabbed him.

Police said motive for the killing was theft, not anti-
gay bias. But that did little to console the hundreds
of people who attended Alston's memorial services.

Parrot pleaded guilty to the murder and was
sentenced to 24 years in prison. Police said Parrot
told them he was high on crack cocaine when Alston
answered his knock at the door and allowed him to
enter her home.

Alston's position in the mayor's office went unfilled
for most of 2005, but Williams announced in
November that one of Alston's closest friends,
Darlene Nipper, would replace her.

The Alston murder was the top gay news story in
the D.C. metro region in 2005. Here are some of
the other important news stories from the past
year:

Whitman-Walker's finances

The board of directors of the Whitman-Walker Clinic
announced on May 31 that D.C.'s largest provider of
health care to HIV and AIDS patients was suffering
severe financial shortfalls and had to cut its budget
by $2.5 million, eliminating 62 staff positions and
threatening to close the Clinic's satellite offices in
Maryland and Virginia.

The announcement came two weeks after the Clinic
told its 270-member staff that a shortage of funds
forced it to withhold half of its employee paychecks
for at least one pay period.



Wanda Alston, director of Mayor Anthony Williams' Lesbian,
Gay, Bisexual, & Transgender Affairs office, was stabbed to
death in her home in March. (Photo by Rudy Lawidjaja)

🖨 Printer-friendly Version

✉ E-Mail this story

📝 Letter to the Editor

🔊 Sound Off about this article

MORE LOCAL NEWS

D.C. gay activist pushes JFK assassination theory
Kuntzler lobbies gay, straight media to rebuke
gov't account

D.C. politicians to join throngs at Capital Pride
Most mayoral candidates expected to participate

Activism, commercialism compete at Capital Pride
Annual D.C. event expected to generate millions
of dollars

Trans women blocked from visiting D.C. jail
Activists see pattern of discrimination in city
detention facilities

advertisement

Local governments and private businesses went to
work to try to help the Clinic with its financial problems. Mayor Anthony Williams pledged $2.2 million
in city funds to Whitman-Walker, the money coming from unspent funds from the District's HIV/AIDS
Administration office.

The city bailout angered a number of other AIDS health care organizations because, while District
officials were trying to save Whitman-Walker, a number of them were also struggling for funds and
having to cut back services. Ten of the organizations authored a July letter complaining about a
perceived lack of fairness.

Virginia and Maryland officials came up with a plan to keep satellite offices open.

Virginia elections

Virginia voters elected new members of the Assembly on Nov. 8, and the results were encouraging for
some gay activists. Entering the election, they pointed to four candidates who were at the forefront of
opposing gay civil rights.

They were Robert Marshall (R-Loudoun), the author of the anti-gay
Marriage Affirmation Act; Dick Black (R-Loudoun) who introduced a
bill last year to ban adoptions by gay couples in Virginia; Chris
Craddock (R-Fairfax), a youth pastor who said in a Blade interview
that, "Christians and gays hate and despise each other"; and Brad

EXHIBIT 2

Washington Blade Online                                                          http://www.washblade.com/blog/index.cfm?blog_id=6768

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

**washington Blade** **washingtonblade.com** all the news for your life and your style.    FRIDAY, JUNE 9, 2006

 no plans for the weekend?

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE

- BITCH SESSION
- CARTOONS

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

email address

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[Sign Up]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

# BLADE BLOG

### Beatles & Bach put to ballet

The Washington Ballet premieres two new ballets by gay choreographers this weekend at the Kennedy Center with their "Bach/Beatles Project."

As the name would suggest, the first half of the program is based on the "Goldberg Variations" by Johann Sebastian Bach and the second sets motion to 12 famous songs by the Beatles. In both of them, the music seems to be more important than the movement, but in two totally different ways.



Septime Webre, the gay artistic director of the Washington Ballet, shows deference to the beauty of Bach's famous piece for harpsichord —this performance uses the piano version by Glenn Gould and with live piano and harpsichord accompaniment.

Gay choreographer Trey McIntyre debuted his latest work at the Kennedy Center.

The wittiest passage in the performance is a number played by a dueling piano and harpsichord as two musicians playing the instruments on raised platforms with wheels are hauled out on stage by the dancers. They swirl the platforms around each other, having the music engage in a dance of its own.

The musicians and instruments remain on the stage for the rest of the show, sometimes with dancers standing at rapt attention to them instead of moving. With such stunts, Webre lets the music be the star of his piece, letting the movement amplify its beauty, making both of them even stronger.

In three stages of costume and lighting that go from drab to dazzling to distant, the ballet also shows a progression that, while not a narrative, lends some structure to the evening.

The thing that seems out of place is the martial arts choreography that appears sporadically throughout. The over-arching theme of aggressive masculinity is aided well by the skirt-like, brightly colored costumes the bare-chested male dancers use as a plume for a third of the production, but, even with all the posturing going on, the mock-fights seem a little too "The Matrix."

That said, Webre's signature style is in rare form here. While not as extravagant as his "Carmina Burana" or "The Nutcracker," his whimsical style is refreshing, especially in the clever ways he has the dancers enter and exit the stage.

Trey McIntyre, the Washington Ballet's gay choreographer in residence, is surprisingly more austere than Webre, especially given that he is handling the Beatles half of the program.

While not impossible to create a ballet to pop music, the Beatles are an interesting choice. Not only do their songs (even the later, more experimental work) have a verse-chorus-verse structure and the lyrics tell a story of their own, but the songs have surprising cultural significance as well. Who can listen to "Ob-la-di, Ob-la-da" without thinking of Patti LuPone doing the theme song for the television drama "Life Goes On"?

With all of this meaning already imbued in the songs, its nearly impossible to add another layer of meaning — that of movement — on top of it or to create movements that don't obviously mirror the sound and story of the songs.

That's why the best pieces here are the ones where the dance follows the narrative of the song. The most accomplished is "Eleanor Rigby," where dancers Erin Mahoney-Du and Jared Nelson play "all the lonely people" searching for attention in a sea of dancers standing still. The result is a haunting image that will return to audiences every time they happen upon the tune in the future.

As for the aforementioned "Ob-la-di," it looks a bit more like a number for the world's most accomplished show choir than a ballet troupe. Michele Jimenez soldiers through "Julia" looking like a robot on the fritz. She does a great job, but the dance adds nothing to the song, and vice versa.

The best thing about this second half is the reliance on dancer Jonathan Jordan, who proves himself to be an expressive powerhouse and brightens every number he's in.

While there are some brilliant moments in this experiment, it's nearly impossible to get out from under the Beatles' thumb, and McIntyre's seriousness doesn't help his cause.



Blog Archives
Click on any of the
links below to view
Blogs from our past
issues.

May 7 - 13
May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10

More Archives...

advertisements


703-765-3060

IN ASSOCIATION WITH
amazon.com.

Posted by Brian Moylan, Features Editor for the Washington Blade | May, 12 at 4:14 PM | bmoylan@washblade.com

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

TUESDAY, JUNE 20, 2006

**washington Blade** washingtonblade.com
*all the news for your life and your style.*

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE
- CARTOONS

- BITCH SESSION

**EMAIL UPDATES**
New to our email
updates? Then click
here to find out more.

email address

[ ] 
(●) subscribe
( ) unsubscribe
[ ] I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

## BLADE BLOG

### Beatles & Bach put to ballet

The Washington Ballet premieres two new ballets by gay choreographers this weekend at the Kennedy Center with their "Bach/Beatles Project."

As the name would suggest, the first half of the program is based on the "Goldberg Variations" by Johann Sebastian Bach and the second sets motion to 12 famous songs by the Beatles. In both of them, the music seems to be more important than the movement, but in two totally different ways.

Septime Webre, the gay artistic director of the Washington Ballet, shows deference to the beauty of Bach's famous piece for harpsichord —this performance uses the piano version by Glenn Gould and with live piano and harpsichord accompaniment.


Gay choreographer Trey McIntyre debuted his latest work at the Kennedy Center.

The wittiest passage in the performance is a number played by a dueling piano and harpsichord as two musicians playing the instruments on raised platforms with wheels are hauled out on stage by the dancers. They swirl the platforms around each other, having the music engage in a dance of its own.

The musicians and instruments remain on the stage for the rest of the show, sometimes with dancers standing at rapt attention to them instead of moving. With such stunts, Webre lets the music be the star of his piece, letting the movement amplify its beauty, making both of them even stronger.

In three stages of costume and lighting that go from drab to dazzling to distant, the ballet also shows a progression that, while not a narrative, lends some structure to the evening.

The thing that seems out of place is the martial arts choreography that appears sporadically throughout. The over-arching theme of aggressive masculinity is aided well by the skirt-like, brightly colored costumes the bare-chested male dancers use as a plume for a third of the production, but, even with all the posturing going on, the mock-fights seem a little too "The Matrix."

That said, Webre's signature style is in rare form here. While not as extravagant as his "Carmina Burana" or "The Nutcracker," his whimsical style is refreshing, especially in the clever ways he has the dancers enter and exit the stage.

Trey McIntyre, the Washington Ballet's gay choreographer in residence, is surprisingly more austere than Webre, especially given that he is handling the Beatles half of the program.

While not impossible to create a ballet to pop music, the Beatles are an interesting choice. Not only do their songs (even the later, more experimental work) have a verse-chorus-verse structure and the lyrics tell a story of their own, but the songs have surprising cultural significance as well. Who can listen to "Ob-la-di, Ob-la-da" without thinking of Patti LuPone doing the theme song for the television drama "Life Goes On"?

With all of this meaning already imbued in the songs, its nearly impossible to add another layer of meaning — that of movement — on top of it or to create movements that don't obviously mirror the sound and story of the songs.

That's why the best pieces here are the ones where the dance follows the narrative of the song. The most accomplished is "Eleanor Rigby," where dancers Erin Mahoney-Du and Jared Nelson play "all the lonely people" searching for attention in a sea of dancers standing still. The result is a haunting image that will return to audiences every time they happen upon the tune in the future.

As for the aforementioned "Ob-la-di," it looks a bit more like a number for the world's most accomplished show choir than a ballet troupe. Michele Jimenez soldiers through "Julia" looking like a robot on the fritz. She does a great job, but the dance adds nothing to the song, and vice versa.

The best thing about this second half is the reliance on dancer Jonathan Jordan, who proves himself to be an expressive powerhouse and brightens every number he's in.

While there are some brilliant moments in this experiment, it's nearly impossible to get out from under the Beatles' thumb, and McIntyre's seriousness doesn't help his cause.

Posted by Brian Moylan, Features Editor for the Washington Blade | May, 12 at 4:14 PM | bmoylan@washblade.com

Permalink: http://www.washblade.com/blog/index.cfm?blog_id=6768

[✉] E-Mail this blog post

[✎] Letter to the Editor

((•)) Sound Off about this blog

*More Blogs*

Blog Archives
Click on any of the links below to view Blogs from our past issues.

May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17
June 18 - 24

More Archives...

advertisements
Ads by Goooooogle

**Ballet Wear**
Save up to 30%
Name Brand
Dancewear Huge
Selection and
Quick Shipping!
www.DancewearSolutions

**Ballet Barres**
For students &
professionals.
Barres from
$55.00.
www.thebarrecompany.co

**American Ballet**
**Bars**
Wall mounted or
portable. US Made
Fixed or adjustable.
4-16 ft. long
CarefreeFactory.Com/ba

**Ballet & Dance**
**Supplies**
Supplying schools
for over 50 yrs. Pay
the same prices the
schools do!
www.wolverinesports.com

Advertise on this site

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

## washington Blade | washingtonblade.com
all the news for your **life** and your **style.**

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE
- CARTOONS

- BITCH SESSION

**EMAIL UPDATES**
New to email updates? Then click here to find out more.

email address

☉ subscribe
○ unsubscribe
☐ I have read and agree to our terms and conditions.

[Sign Up]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE BLADE
- MASTHEAD
- EMPLOYMENT

# BLADE BLOG

## Pulpits for justice lose their way

I have to wonder where Bishop Alfred A. Owens Jr. of Washington, D.C., was in the 1960s.

If he's old enough, he certainly remembers the two famous Selma, Ala., marches across the Edmund Pettis Bridge, Martin Luther King Jr.'s march on Washington, the D.C. riots, the lynchings, the burnings and blatant discrimination that black American's faced.

Even if he isn't old enough to have participated in some of the civil rights struggles of the 1960s, Owens certainly is old enough to have heard the history of the open warfare black Americans faced during those most turbulent times.



From his Palm Sunday pulpit, Bishop Alfred A. Owens Jr. of Washington, D.C., calls gay men 'faggots' and 'sissies.'

Owens, pastor of Greater Mount Calvary Church in D.C., and an honorary member of Mayor Anthony Williams' Interfaith Council, last month used the derogatory terms "faggot" and "sissy" to describe gay men. Seems he left out "dyke" and "butch" to describe gay women. I'm sure it was just an oversight.

"It takes a real man to confess Jesus as Lord and savior," Owens told his congregation in his Palm Sunday sermon. "I'm not talking about no faggot or no sissy. Wait a minute! Let the real men come on down here and take a bow ... all the real men. I'm talking about the straight men."

So did the gay members of Owens' congregation, open or closeted, get up and leave in protest over their minister's diatribe? Not that we know of. Nope, everyone sat there listening intently, I'm sure offering a few "Praise Jesus," and "Amen" refrains along the way.

I'm a product of the Deep South, and I'll admit to being of sufficient age to vividly recall the civil rights struggle that crippled this nation during the midpoint of the previous century. And even though I am a dyed-in-the-wool Southerner, I believe now as I believed then that all Americans are entitled to the same rights as everyone else. That's just the way I was taught.

But now I'm confused.

The champions of equal rights during the past century seem to be railing against equal rights for another thread in the American fabric. To hear the ministers — black or white, Christian, Jewish, Muslim or other — repeatedly tell their congregations that gay people have no place in the brotherhood of religion goes completely against the ideology of inclusiveness preached during the height of the civil rights struggle.

Why in the name of God are these men of the cloth preaching against gay, lesbian, bisexual and transgender people when we are all suppose to have equal rights? I just can't figure it out.

I was so deeply moved when I talked to Rev. Leonard Lowery, Rev. Jesse Jackson — both associated closely with King and the Southern Christian Leadership Conference — and the father and brother of slain civil rights worker James Chaney, that I told each of them that I was gay and hoped that the road to freedom they had paved would smooth the rocky road for gay rights. That was in 1994, the 40th anniversary of James Chaney's murder by the racist Ku Klux Klan in Philadelphia, Miss.

Now that we are 52 years gone from that horrible act, I have to ask: What happened? Is it an "I got mine, now good luck getting yours" mentality? Lord, I hope not.

To quote a song many of us know from our childhood:

"Jesus loves the little children
"All the children of the world; Red and yellow, black and white,
"They are precious in his sight; Jesus loves the little children of the world."

Now that we're all grown up, don't you think we deserve equal rights, too?

Posted by Kelly Carson, News Editor for the Washington Blade | May. 13 at 8:10 PM | kcarson@washblade.com

Permalink: http://www.washblade.com/blog/index.cfm?blog_id=6787

✉ E-Mail this blog post

✉ Letter to the Editor

🔊 Sound Off about this blog

## Beatles & Bach put to ballet

The Washington Ballet premieres two new ballets by gay choreographers this weekend at the Kennedy Center with their "Bach/Beatles Project."

As the name would suggest,
the first half of the program
is based on the "Goldberg
Variations" by Johann

Blog Archives
Click on any of the
links below to view
Blogs from our past
issues.

May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17
June 18 - 24

More Archives...

advertisements

Ads by Gooooooogle

Goddard College
MA in Psychology
and Counseling
Low residency -
Study From Home
www.goddard.edu

God Accepts You
"As Is"
Conference July
27-30 Portland
Oregon - Register
Now
www.ecor.org

S.C. Gays &
Lesbians
Official site. For
relationships. Meet
local singles. 100%
join free.
SouthCarolinaGaySingles

Free Ringtones
Get a Free
Ringtone For your
Cell Phone now!
www.bikinia.com

Advertise on this site

Sebastian Bach and the second sets motion to 12 famous songs by the Beatles. In both of them, the music seems to be more important than the movement, but in two totally different ways.

Septime Webre, the gay artistic director of the Washington Ballet, shows deference to the beauty of Bach's famous piece for harpsichord — this performance uses the piano version by Glenn Gould and with live piano and harpsichord accompaniment.



Gay choreographer Trey McIntyre debuted his latest work at the Kennedy Center.

The wittiest passage in the performance is a number played by a dueling piano and harpsichord as two musicians playing the instruments on raised platforms with wheels are hauled out on stage by the dancers. They swirl the platforms around each other, having the music engage in a dance of its own.

The musicians and instruments remain on the stage for the rest of the show, sometimes with dancers standing at rapt attention to them instead of moving. With such stunts, Webre lets the music be the star of his piece, letting the movement amplify its beauty, making both of them even stronger.

In three stages of costume and lighting that go from drab to dazzling to distant, the ballet also shows a progression that, while not a narrative, lends some structure to the evening.

The thing that seems out of place is the martial arts choreography that appears sporadically throughout. The over-arching theme of aggressive masculinity is aided well by the skirt-like, brightly colored costumes the bare-chested male dancers use as a plume for a third of the production, but, even with all the posturing going on, the mock-fights seem a little too "The Matrix."

That said, Webre's signature style is in rare form here. While not as extravagant as his "Carmina Burana" or "The Nutcracker," his whimsical style is refreshing, especially in the clever ways he has the dancers enter and exit the stage.

Trey McIntyre, the Washington Ballet's gay choreographer in residence, is surprisingly more austere than Webre, especially given that he is handling the Beatles half of the program.

While not impossible to create a ballet to pop music, the Beatles are an interesting choice. Not only do their songs (even the later, more experimental work) have a verse-chorus-verse structure and the lyrics tell a story of their own, but the songs have surprising cultural significance as well. Who can listen to "Ob-la-di, Ob-la-da" without thinking of Patti LuPone doing the theme song for the television drama "Life Goes On"?

With all of this meaning already imbued in the songs, its nearly impossible to add another layer of meaning — that of movement — on top of it or to create movements that don't obviously mirror the sound and story of the songs.

That's why the best pieces here are the ones where the dance follows the narrative of the song. The most accomplished is "Eleanor Rigby," where dancers Erin Mahoney-Du and Jared Nelson play "all the lonely people" searching for attention in a sea of dancers standing still. The result is a haunting image that will return to audiences every time they happen upon the tune in the future.

As for the aforementioned "Ob-la-di," it looks a bit more like a number for the world's most accomplished show choir than a ballet troupe. Michele Jimenez soldiers through "Julia" looking like a robot on the fritz. She does a great job, but the dance adds nothing to the song, and vice versa.

The best thing about this second half is the reliance on dancer Jonathan Jordan, who proves himself to be an expressive powerhouse and brightens every number he's in.

While there are some brilliant moments in this experiment, it's nearly impossible to get out from under the Beatles' thumb, and McIntyre's seriousness doesn't help his cause.


Posted by Brian Moylan. Features Editor for the Washington Blade | May. 12 at
4:34 PM | bmoylan@washblade.com

Permalink: http://www.washblade.com/blog/index.cfm?blog_id=6768

E-Mail this blog post

Letter to the Editor

Sound Off about this blog

## Maybe she's born with it

Here we go again.

In a study released May 9 in Proceedings of the National Academy of Sciences, Swedish scientists announced that lesbians' brains react differently to pheromones — hormones believed to provoke sexual responses — than those of straight women.

The findings echoed those of an earlier study by the same team that found even greater differences in the way gay men's brains react than those of heterosexual men, with the gay men's brains reacting more like those of straight women, the Associated Press reported.

For each study, researchers scanned the brains of study participants while they sniffed male pheromones, female pheromones and four ordinary smells. They found that heterosexual males processed reactions to the male pheromones in the part of the brain associated with smell, while the female pheromones were

EXHIBIT 3

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE                                    THURSDAY

**washington Blade**  **washingtonblade.com**
all the news for your **life** and your **style**.

- HOME
- CLASSIFIEDS

## thelatest

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE
- CARTOONS

- BITCH SESSION

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more

**email address**

[                    ]

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
BLADE
- MASTHEAD
- EMPLOYMENT



### Md. governor cans Metro appointee for anti-gay remark
Smith defended calling gays 'deviants'
By LOU CHIBBARO JR. | Jun 15, 4:06 PM
UPDATED: Jun 15, 6:59 PM



### Survey: most consumers OK with corporate gay outreach
Most Americans don't support anti-gay boycotts
ST. LOUIS | Jun 15, 4:56 PM



### Feds probe Miami gay adult video producer on fraud charges
Flava Life owner investigated on claims his other company bilked
schools
By PHIL LaPADULA | Jun 15, 3:27 PM



### D.C. liquor board eases relocation of gay clubs displaced by stadium
Attorney says bars still face limitations
By LOU CHIBBARO JR. | Jun 15, 9:08 AM

### Gay bishop says he's 'not an abomination'
Robinson pleads for rejection of ban on gay bishops
COLUMBUS, Ohio (AP) | Jun 15, 10:06 AM



### Conservatives defend embattled anti-gay Bush appointee
OSC's Bloch said gay federal workers not protected from discrimination

By JOSHUA LYNSEN | Jun 14, 7:48 PM

### EPA under fire for Gay Pride events
At many agencies, employee groups cautious about festivities
By LOU CHIBBARO JR. | Jun 14, 4:43 PM



### New group to counter 'ex-gay' messages
Reparative therapy backers denounce 'full-blown attack' on ministries
By JOSHUA LYNSEN | Jun 14, 4:31 PM



### Gay performer recovering after bashing in N.Y.
Aviance in hiding to avoid another attack by gang members
By TRENTON STRAUBE | Jun 14, 4:28 PM

### St. Maarten arrests main suspect in gay bashing
Victims allegedly struck with tire iron
PHILIPSBURG, St. Maarten (AP) | Jun 13, 11:28 PM

### Cropp now backs gay marriage
D.C. Council chair wins Stein Club mayoral endorsement
By LOU CHIBBARO JR. | Jun 13, 3:49 PM

adv

Ads by

God a
Home
Seeki
guida
surrou
homo
www.e

Adve
televi
Grow
Busin
Ads T
Find E
www.P

Marry
Cana
Same
made
cost, i
no hic
www.s

Are Y
Marri
Voice
on ga
Homc
www.P

Adverti

THURSDAY

**washington Blade** | **washingtonblade.com**
all the news for your **life** and your **style**.

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE
- CARTOONS

- BITCH SESSION

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

**email address**

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

# ▯thelatest

## D.C. liquor board eases relocation of gay clubs displaced by stadium
Attorney says bars still face limitations
By LOU CHIBBARO JR. | Jun 15, 9:08 AM

The D.C. Alcoholic Beverage Control Board on June 7 issued an advisory opinion stating that nude dance clubs displaced by a Major League Baseball stadium under construction in Southeast Washington can move to certain zoning districts in other parts of the city.

Prior to the board's opinion, city officials said existing law appeared to prevent at least two gay nightclubs on O Street, S.E., which offered nude dance entertainment, from moving outside the four-block zone in which they had been operating for more than 20 years. That zone is to be used exclusively by the stadium, and the earlier interpretation of the law would have forced the two clubs out of business.

Gay D.C. Councilmember Jim Graham (D-Ward 1), who asked the board to issue the advisory opinion, called the opinion an "important breakthrough" in efforts to help the O Street gay businesses find a place to reopen.

Andrew Kline, an attorney who has represented gay bars in ABC Board matters, said the displaced O Street clubs face additional legal restrictions that prevent



Gay D.C. Councilmember Jim Graham said the Liquor Board exemption was 'an important breakthrough' for clubs displaced by the Washington Nationals baseball stadium. (Photo by Rudy K. Lawidjaja)

them from moving near residential buildings and schools, as well as within 600 feet of other businesses that offer nude dancing. Gay activists have called on the D.C. Council to change the law to provide a one-time exemption to these restrictions for the businesses displaced by the stadium.

"Until one locates a site that meets the other requirements, this may or may not create some room for some of these businesses to move," Kline said. "Once you factor in all of the other requirements, the options are still very, very limited."

advert

Ads by

DC CI
VIP A
Washi
Hottes
Loung
www.dc

Liquo
at Am
Buy or
liquor
nation
www.an

CA Li
Licen:
20+ ye
buying
CA - L
Bonde
www.liq

Florid
Licen:
Buy or
licens
Licens
www.flo
liquorlic

Advertis

✉ E-Mail this article

✍ Letter to the Editor

((( ▷ Sound Off about this article

- MORE BLADE NEWS UPDATES

national | local | world | health | letters | viewpoint | arts | classifieds | real estate | abou

© 2006 | A Window Media Publication | Privacy Policy

EXHIBIT 4

Washington Blade Online                                                           http://www.washblade.com/2006/6-8/news/localnews/cappride.cfm

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

FRIDAY, JUNE 9, 2006

**washington Blade** | **washingtonblade.com**
*all the news for your life and your style.*


CAPITAL PRIDE

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

NEWS
- LOCAL NEWS
- NATIONAL NEWS
- WORLD NEWS
- HEALTH NEWS
- RELIGION NEWS
- POLICE BEAT
- LEGAL BRIEFS

- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE

- BITCH SESSION
- CARTOONS

EMAIL UPDATES
New to email
updates? Then click
here to find out more..

email address ___
[_____]
⊙ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

ADVERTISING
- GENERAL INFO
- E-EDITION
- MARKETING

ABOUT US
- ABOUT THE
BLADE
- MASTHEAD
- EMPLOYMENT

# LOCAL NEWS

## Activism, commercialism compete at Capital Pride (Gay)
Annual D.C. event expected to generate millions of dollars

By JOSHUA LYNSEN
Thursday, June 08, 2006

Capital Pride attendees will spend an estimated $20 million locally during D.C.'s 31st annual gay celebration this weekend, according to business experts.

Local business leaders said restaurants, bars and entertainment centers are poised to benefit most from Pride-related spending. Hotels, retailers and Metro should also profit from the large crowd that organizers expect will turn out.

Capital Pride organizers regularly tout 200,000 as their best estimate for attendance at the parade and street festival combined, though no effort is made to actually count those present and the same number has been cited every year since at least 2001 despite changes in weather, location and apparent turnout.

Kim Mills, spokesperson for Whitman-Walker Clinic, which produces Capital Pride, said the 200,000 "guestimate" has an unclear origin but could be an official figure from when the Park Service still provided crowd estimates. The service no longer provides such estimates.

Estimates for Capital Pride spending were derived by multiplying that 200,000 figure by the average "leisure visit" expenses incurred in D.C. — an estimated $102 per person per day, according to the Washington Convention & Tourism Corporation.

Rebecca Pawlowski, a spokesperson for the city's tourism office, said Capital Pride is considered a "leisure visit" to D.C. for both local residents and those coming from out of town. Pride attendees staying overnight would spend, on average, another $118 per person per day, she said.

Joe Kapp, president of Potomac Executive Network, a local group for gay professionals, said the spending demonstrates Pride's increasingly commercial tone.

"We've seen a broadening of the festival," he said, "where initially it was more of a political statement, and now it's more of a commercial statement."

Although it's unclear how many Pride attendees stay overnight, organizers said the festival unleashes a torrent of spending in D.C.

"I think Pride is a great asset to the economy of D.C.," said Capital Pride director David Mallory. "I think it really talks to not just the visibility of the community in terms of our numbers, but our economic clout."

Mallory, who is gay, said the $20 million spending estimate is "mind blowing," yet reasonable.

"I'm sure [Pride] does bring folks to downtown who might not normally come down to patronize the bars and other businesses," he said. "So people who aren't even involved with the festival are great beneficiaries."

### Major spending ahead

Pride events and associated spending began with last week's Mr. Capital Pride Leather 2006.

Major spending, however, begins June 10. The day includes the Capital Pride Parade — which begins at 23rd and P streets, NW at 6:30 p.m. — and several related events. Dozens of businesses and organizations will participate in the rain-or-shine event.

Festival booths and vendors open at 11:30 a.m. on June 11. Located along Pennsylvania Avenue, between 3rd and 7th streets NW, the production includes about 250 vendors.

Festival entertainment this year includes the rock band the Mesmers, D.J. Jason Royce, and Grammy-winning disco legend Thelma Houston. Also taking the stage will be an illusionist, along with dance and drag shows. [See related story]

While the entertainment is free, Kapp said Pride attendees spend plenty of money throughout the day.

"They come in in the morning, and one can only assume that they stay for the day, eat with friends, that sort of thing," he said. "That can only have a positive impact on the city in terms of economics."

Metro spokesperson Cathy Asato said the event also seems to benefit the city's rail and bus lines.

A typical Saturday tallies between 275,000 and 300,000 Metro system riders. But in recent years,


Thousands of gay and lesbian revelers are expected in Washington this weekend to ring in the 31st annual Capital Pride celebration, which features a parade and festival. (Photo by Rudy K. Lawidjaja)

MORE INFO

Capital Pride Festival
1407 S St., NW
Washington, DC 20009
202-797-3510
www.capitalpride.org

🖨 **Printer-friendly Version**

✉ **E-Mail this story**

✍ **Letter to the Editor**

🔊 **Sound Off about this article**

MORE LOCAL NEWS

**D.C. gay activist pushes JFK assassination theory**
Kuntzler lobbies gay, straight media to rebuke gov't account

**D.C. politicians to join throngs at Capital Pride**
Most mayoral candidates expected to participate

**Gays defend Md. restaurant over 'fag' sign**
'Everybody goes there, including gay people'

**Equality Maryland forms PAC**
Gay group will endorse state candidates

**Va. amendment may run afoul of U.S. Constitution**
Proposed ban conflicts with Romer vs. Evans, some legal analysts say

**Va. activists see similarities to fight over Cincinnati ordinance**
Gay voters urged to raise profile, prepare for long haul

advertisement

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

FRIDAY, JUNE 9, 2006

# washington Blade | washingtonblade.com
all the news for your **life** and your **style.**

CAPITAL PRIDE

search

· HOME
· CLASSIFIEDS

· THE LATEST
· BLADEWIRE
· BLADEBLOG
· BLOGWATCH

· NEWS
· VIEWPOINT
· LOCAL LIFE
· ENTERTAINMENT
· CALENDARS
· ECLIPSE
· NIGHTLIFE

· BITCH SESSION
· CARTOONS

EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address
..........................

◉ subscribe
◯ unsubscribe

☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

ADVERTISING
· GENERAL INFO
· E-EDITION
· MARKETING

ABOUT US
· ABOUT THE
BLADE
· MASTHEAD
· EMPLOYMENT

## ▣ thelatest



**Missouri signals willingness to end anti-gay foster care ban**
Attorney general reverses stance after same-sex only sodomy law repealed
KANSAS CITY, MO. | Jun 8, 5:23 PM



**Online hookup sites see thefts, assaults**
Crimes linked to Internet sex on the rise, officials say
By PHIL LaPADULA | Jun 8, 2:49 PM

**U.S. military acknowledges Iraq anti-gay killings**
Exiled leader claims troops involved in Baghdad gay harassment
By LOU CHIBBARO JR. | Jun 7, 6:02 PM

· MORE BLADE NEWS UPDATES    RSS

## ▣ bladeblog



**The early faces of AIDS**
Coll sat across from me at the restaurant in San Francisco, holding my hand and smiling sadly, telling me he was "one of the lucky ones." It was early August 1985. Just two weeks ...
Mubarak Dahir
Jun 9 | 12:20 AM

· MORE OF BLADE BLOG    RSS

## ▣ dailybitch

❝❝ The great thing about not being part of the self-proclaimed "in" crowd is that you don't have to listen to their mindless rantings or care about their delusional self-image or their so-called tastes! ❞❞

· MORE BITCHES | SEND US YOUR BITCHES

**Let's have a real gay marriage debate**
The United States Senate considers itself the world's most important deliberative body, but you wouldn't ...
Chris Crain
Jun 8 | 8:30 AM

**A 'prized' ally**
Too often, the people gay Americans call straight allies — the entertainers we turn into icons, ...
Ryan Lee
Jun 7 | 4:06 PM

## ▣ bladewire

**Conservative Jews join up HIV vaccine research**
Jewish Journal
Jun 9, 1:48 AM

**Scientists find way to speed up HIV vaccine research**
HealthDay News
Jun 8, 10:28 PM

**NRC gets show on XM**
Washington Business Journal
Jun 8, 10:13 PM

**Cross-dresser banned from prom to graduate**
CBS-2 Chicago
Jun 8, 6:12 PM

**21 fined for role in gay-rights action at BYU**
Deseret Morning News (Utah)
Jun 8, 5:51 PM

· MORE HEADLINES    RSS
· ADD BLADEWIRE TO YOUR SITE

## ▣ blogwatch

**A marriage ban we don't (yet) need**
By CHARLES KRAUTHAMMER
Washington Post op-ed
Jun 9, 1:56 AM

**What if some of Bush's best friends are gay?**
By MARGARET CARLSON
Bloomberg News
Jun 9, 12:51 AM

**Bush can't expect U.S. to fall for ploy**
Atlanta Journal-Constitution op-ed
Jun 8, 5:06 PM

**Nation more accepting of gay marriage**
By MARIANNE MEANS
syndicated columnist
Jun 8, 1:11 PM

**The gay marriage dodge**
San Francisco Chronicle editorial
Jun 8, 9:38 AM

· MORE BLOGWATCH    RSS

Entire Site    [Go]
ADVANCED SEARCH

advertisements



decor beautiful

custom window treatments

703-765-3040

IN ASSOCIATION WITH
amazon.com.

Ads by Goooooogle

**Jim Talent - U.S. Senate**
Changing Washington for Missouri's Common Sense, Conservative Values
www.TalentForSenate.com

**Fowler & Crumley**
Media, Politics, & Technology Silicon Valley, San Francisco, L.A.
www.FowlerCrumley.com

**U.S. Democratic Party**
Lots of info - candidate bios, party history, issues and more.
www.wikidemocrats.com

**Gay Marriage Ban**
Should Gay Marriage Be Legal? Vote Now To See Survey Results!
www.populaeq.com

Advertise on this site

---

**NATIONAL NEWS**    RSS

## Amendment battle shifts to House
Senate rejects gay marriage amendment amid heated debate



More than 150 supporters of the federal Marriage Protection Amendment joined President George W. Bush at a news conference to urge Congress to pass the gay marriage ban this week. (Photo by Charles Dharapak/AP)

**'Don't Ask' discharges on the rise**
742 booted in 2005, including straights exploiting 'loophole'

**Ala. voters back gay marriage ban 4 - 1**
Lesbian candidate makes runoff for state House seat

**Bush to promote amendment in Rose Garden address**
Gay marriage polarizes religious groups, as vote nears

**More National News**
Alabama to vote June 6 on gay marriage amendment

**Ryan White overhaul not yet finished**
Congress continues work on far-reaching AIDS program

**ARTS ENTERTAINMENT**    RSS

## Dance divas dominate Pride
Four singers promise abundance of dance anthems at this year's celebration

Vocalists Thelma Houston (above), Ce Ce Peniston and Kimberley Locke will get the crowd roaring at Capital Pride.

**DVD: It's the summer for camp**
Gay fans will wig out for new deluxe editions of 'Mommie Dearest,' 'Valley of the Dolls'

**Travel: The world's hottest gay club**
The venue, the energy, the music and the men make São Paulo's The Week unlike any club around

**Ignoring an epidemic?**
AIDS activists decry media coverage of disease among black gay men

**Film: Best of a new genre**
AIDS-themed films have won hearts –and awards – since '80s

**TV: This supermodel works**
Janice Dickinson has some harsh words for Tyra Banks as the 'first supermodel' debuts a reality show on Oxygen

Noted bisexual leader Klein dies at 73
Author fought for visibility among
gays and heterosexuals

**OTHER NEWS** [RSS]

## 25 Years of AIDS

Gay men still largest demographic group
of Americans with HIV



HIV still changing the sex lives of gay
men
From abstaining to 'bug chasing,'
AIDS reactions run the gamut

First-ever Moscow Pride Parade ends in
violence
Activists assaulted, jailed in melee

Barebacking persists despite risks
Some gay men decry HIV warnings as
'discriminatory'

Legal Briefs
Denver man sues Qwest for anti-gay
harassment

International Briefs
Boyfriend of Korean transgender star
comes out

Religion Briefs
Las Vegas Catholic school fires gay
teacher

Police Beat
Four deny marriage fraud for green
card in Hawaii

**LOCAL NEWS** [RSS]

## Activism, commercialism compete at Capital Pride

Annual D.C. event expected to generate
millions of dollars



Thousands of gay and lesbian revelers are
expected in Washington this weekend to ring in
the 31st annual Capital Pride celebration, which
features a parade and festival. (Photo by Rudy
K. Lewidjaja)

D.C. gay activist pushes JFK
assassination theory
Kuntzler lobbies gay, straight media to
rebuke gov't account

D.C. politicians to join throngs at Capital
Pride
Most mayoral candidates expected to
participate

Gays defend Md. restaurant over 'fag'
sign
'Everybody goes there, including gay
people'

Equality Maryland forms PAC
Gay group will endorse state
candidates

Va. amendment may run afoul of U.S.
Constitution
Proposed ban conflicts with Romer vs.
Evans, some legal analysts say

Va. activists see similarities to fight over
Cincinnati ordinance
Gay voters urged to raise profile,
prepare for long haul

Dish: Leto likes it Greek
Jared Leto comes out (sort of),
Madonna glams up crucifixion, and
Batwoman returns — as a lesbian

TV: 'D' is for diva
Kathy Griffin dishes about celebs and
talks up season two of 'D-List'

Books: Mythological proportions
Hal Duncan's first novel, 'Vellum,' has
the makings of an ancient epic with a
modern gay twist

Music: 'Long Way' to newest album
Dixie Chicks come out swinging on CD
sure to be among year's best

**LOCAL LIFE**

## After 40 years, a hero

Lesbian activist Eva Freund named a
Pride Hero for helping found gay
activism in D.C.



Lesbian activist Eva Freund pictured today (left)
and in her early days as an activist, will be
honored Saturday for 40 years of gay activism.

Out in DC: VelvetNation goes out with a
bang
Promoters announce blockbuster
lineup for gay dance party's final
months

Theater: Crimes of passion
Gay award-winning director Joe
Calarco returns to the stage with
'Assassins'

Feature: A 10-year mystery
Case of slain lesbian hikers remains
unsolved after decade of investigation

Swell of Pride
Capital Pride 2006 promises parenting
workshop, political discussions, parties

Out in DC: Row your gay boat
D.C.'s gay rowing team prepares for
annual Stonewall Regatta

Dining: Let's go outside
D.C. offers plenty of options for diners
looking to eat outdoors

Theater: Monumental undertakings
'The Monument' and 'The David
Dance,' feature heavy themes, flawed
execution

Obituaries
James W. Brandon, 73

**NITELIFE**

## Nightlife Calendar



**CALENDARS**

## Best Bets This Week



Theater
Gay actor Will Gartshore stars as John Wilkes

EXHIBIT 5

Washington Blade Online　　　　　　　　　　　http://washblade.com/2006/3-31/news/localnews/expanded.cfm

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE　　　　　　　　THURSDAY, APRIL 6, 2006

# washingtonblade.com
### Washington Blade
all the news for your life and your style.


no plans for the **weekend?**

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

**NEWS**
- LOCAL NEWS
- NATIONAL NEWS
- WORLD NEWS
- HEALTH NEWS
- RELIGION NEWS
- POLICE BEAT
- LEGAL BRIEFS

- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- ECLIPSE
- NIGHTLIFE

- BITCH SESSION
- CALENDARS
- CARTOONS



adam
steve
NOW
PLAYING

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

**email address**
[ ]
■ subscribe
○ unsubscribe
□ I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE BLADE
- MASTHEAD
- EMPLOYMENT

## LOCAL NEWS

### Couples win expanded D.P. rights (Gay)
**New benefits for gay, straight D.C. couples fall far short of marriage**

By JOSHUA LYNSEN
Friday, March 31, 2006

Gay couples registered as domestic partners in D.C. gained sweeping new rights this week, as an expanded D.P. measure passed by the City Council earlier this year survived its 30-day congressional review period to become law.

The Domestic Partnership Equality Amendment Act of 2006 gives registered couples new rights in seven categories, including immunity from testifying against a partner, power of attorney and the ability to write and enforce the equivalent of pre-marital agreements.

"This is about everyone having the opportunity to live full and productive lives," said Darlene Nipper, director of the District's Office of Lesbian, Gay, Bisexual & Transgender Affairs. "We value the rights of all citizens."

The new rights are also available to registered heterosexual partners. As of this week, there were 587 registered domestic couples in the District. The number of registered gay couples could not be determined by press time.

Experts said the new rights are meaningful, even though they fall short of granting the full benefits of marriage.

Mindy Daniels, a Washington, D.C., attorney who specializes in gay rights, said the act significantly expands domestic partnership rights.

"I think there are some people out there for whom nothing less than gay marriage will be acceptable," she said. "But everyone's different. And, perhaps for some, domestic partnerships may be better."

The Domestic Partnership Equality Amendment Act, which became law April 3, rewrites some District laws to make them more inclusive.

In some instances, the phrase "spouse or domestic partner" replaces "husband and wife." Elsewhere, the word "marriage" is changed to "marriage or domestic partnership."

Daniels said the changes give registered domestic partners several new rights, plus some responsibilities. The changes include: immunity from testimony, meaning that partners cannot be forced to testify against each other, and the ability for a surviving partner to sue for negligence causing death. (See sidebar for a full list of the new benefits.)

Because the act applies to all existing domestic partners, Daniels said couples should discuss whether they want to remain registered with the District.

"People should review the changes and see if it's right for them or not," she said. "That's a very individual choice."

**Alternatives to marriage**

Daniels and others credited the Gay & Lesbian Activists Alliance, a small group of veteran activists, for advocating for the new laws, while others have criticized the group for not taking a more forceful approach to demanding full marriage equality for local gay couples.

Rick Rosendall, GLAA's vice president for political affairs, said his organization simply wants to protect families.

Legislation that would legalize same-sex marriage isn't politically feasible at this time, he said, so GLAA has pursued other protections.

"We have been advocating for [same-sex marriage] for many years, but because of the situation with Congress, we're pushing an alternative to marriage," Rosendall said. "We're pushing domestic partnerships, which Congress


Darlene Nipper, director of the city's Office of Lesbian, Gay, Bisexual & Transgender Affairs, says D.C.'s new domestic partnership law offers everyone the "opportunity to live full and productive lives."

**MORE INFO**

New rights and responsibilities for D.C. domestic partners:

- Partners cannot be forced to testify against each other.
- Partners can grant each other power of attorney.
- Partners can write and enforce the equivalent of pre-marital agreements.
- Partners may be subject to pay alimony and support.
- Partners may sue for negligence causing death.
- Rights of surviving partners are clarified, including the right to any property bequeathed in a will.
- Other rules regarding the inheritance of property are clarified. Previously established rights and responsibilities for D.C. domestic partners:
- Partners may visit each other in hospitals.
- Partners may make medical decisions for incapacitated partners.
- If a partner dies, the survivor may claim the partner's remains.
- Partners are protected under the D.C. domestic violence law.
- District government employees get leave to care for a partner or partner's child.
- District government employees get leave to care for a partner on maternity or paternity leave.
- District government employees get leave to arrange or attend a partner's funeral.
- District government employees get leave when they or their partner is adopting a child.
- District government employees may buy health insurance for their partners.
- Employer contributions for a partner's health insurance are not taxable.
- District employees may use opportunity account funds for a partner's education or business start-up.
- Partners may add each other to the title on their cars.
- Partners may add each other to the deed of their homes.
- Transfer of real property between partners is exempt from taxation.
- If a person dies at a time when their apartment is being converted into a condominium, the partner retains the right to buy the unit.
- If a landlord's property is placed in receivership, partners are ineligible to be appointed as disinterested receivers.
- Partners may use tax abatements for rehabilitation of single-family homes in enterprise zones if the home-owning partner dies.
- Partners can sue whoever willfully destroys, alters, conceals or tampers with evidence retained in crimes against their partners.
- Partners are protected from discrimination on the basis of their marital status in employment, education and housing.

*Source: Gay & Lesbian Activists Alliance*

🖶 **Printer-friendly Version**

✉ **E-Mail this story**

✍ **Letter to the Editor**

🔊 **Sound Off about this article**

**MORE LOCAL NEWS**

Md. lawmakers derail attempt to revive marriage ban

EXHIBIT 6

Washington Blade Online

http://washblade.com/thelatest/thelatest.cfm?blog_id=5193

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

SATURDAY, FEBRUARY 18, 2006

## washingtonblade.com
all the news for your life and your style.

arts, nightlife, community and much more online now.

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- ECLIPSE
- NIGHTLIFE

- BITCH SESSION
- CALENDARS
- CARTOONS

EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address

■ subscribe
⚏ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[Sign Up]

ADVERTISING
- GENERAL INFO
- E-EDITION
- MARKETING

ABOUT US
- ABOUT THE BLADE
- MASTHEAD
- EMPLOYMENT

## ☐thelatest

### Cars vandalized in Dupont Circle
Anti-gay graffiti scratched in paint
By LOU CHIBBARO JR. | Feb 17, 4:31 PM

Vandals scratched the word "fag" and the letters "FOP" on the hoods,
roofs, and doors of more than 20 cars that were discovered vandalized
Feb. 17 in private parking spaces in D.C.'s Dupont Circle neighborhood.

Residents of the 1800 block of Corcoran
Street, N.W., discovered the damaged
vehicles in the morning as they left their
homes for work. Some of the damaged
cars had drawings of penises scrawled
on the hood and one had the words,
"Murder is OK — kiss my butt."

Several of the damaged cars were
parked in a lot behind the Embassy of
Argentina.

Police classified the incident as felony
destruction of property with bias
related, said Sgt. Brett Parson,
commander of the D.C. Police Gay and
Lesbian Liaison Unit. Parson said police have no suspects in the case.



Sgt. Brett Parsons is seeking
information about vandals who
damaged cars in the Dupont Circle
neighborhood of Washington, D.C.

FOP is widely known in the U.S. as the Fraternal Order of Police, a national
organization with chapters representing most municipal and state police
departments in labor-related matters. The word "fop" is also used in British
literature, including Shakespeare's plays, to describe an overly dressed,
frivolous or effeminate man, according to Wikipedia, an online
encyclopedia.

Although most of the damaged cars had FOP scrawled on them, only a few
were found with the word "fag."

Perpetrators appeared to have singled out late model, expensive cars,
such as BMWs and Lexus SUVs, while leaving untouched older, less
expensive cars parked next to the damaged vehicles.

Anyone with information about the vandalism should contact the police
GLLU at 1-877-495-5995.

[📧] E-Mail this article

[✉] Letter to the Editor

[🔊] Sound Off about this article

- MORE BLADE NEWS UPDATES

advertisements



LEATHER RACK

Clothing

Accessories

Toys & Pumps

Lubes/Condoms

Video Head
Cleaners

Films

leatherrack.com

baltimore fine
craft show
February 24–26



EXHIBIT 7

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

TUESDAY, JUNE 20, 2006

**washington Blade** washingtonblade.com
all the news for your life and your style.

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- CALENDARS
- ECLIPSE
- NIGHTLIFE
- CARTOONS

- BITCH SESSION

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

email address
[                ]
(•) subscribe
( ) unsubscribe
[ ] I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

## BLADE BLOG

### Howard Dean's lapdogs

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.



HRC's Joe Solmonese says Howard Dean shows a "serious lack of leadership" on gay marriage. So why is Solmonese still following him?

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Yesterday, Dean's DNC issued a press release that takes to task Bill Frist, the Senate GOP Leader, for ignoring First Lady Laura Bush's advice about not using gay marriage "as a campaign tool."

Frist and the Republicans don't really care about preventing gays from marrying, the press release argues, they're just trying to change the subject from their own political problems.

I can't link to the DNC press release — titled "Laura Bush gets it, why doesn't Bill Frist?" — because typical of the Democrats' defense of gays, the primary target audience for the release was apparently... gays. I couldn't find the release anywhere on the DNC website.

Still, despite Dean's "serious lack of leadership" on gay marriage, Solmonese and HRC were quick to play follower. Just one hour after the DNC press release went out, HRC issued its "Amen, sister!" reply.

Titled "Senator Frist Pushing a Campaign Strategy Opposed by First Lady Laura Bush," the HRC press hits all the same talking points, accusing Frist of not talking Laura Bush's sage advice.

So besides the lapdog posture, what's the harm in HRC continuing to do Dean's Dems' bidding? Plenty.

Rather than actually defend gay families and make the case for gay marriage, HRC continues to argue that the American people don't — and shouldn't — care about marriage equality for gay couples.

"Voters want candidates focused on soaring gas prices, a healthcare crisis and national security," Solmonese says in the release, "not putting discrimination in the United States Constitution."

What sort of gay rights strategy is it, when the attention of Americans is focused on our issues, to argue that our rights aren't important, and refuse to engage our opponents in the debate over our equality?

Sure it makes political sense for Dean and his Dems to issue stealth press releases defending us, and then have the party's senators respond to conservative attacks on our families by arguing that the issue isn't as important as rising gas prices. But what self-respecting gay rights group would echo that argument?

Can you imagine Martin Luther King, Jr., responding to an attempt to rollback the gains of the Civil Rights Movement by arguing that the issue shouldn't be debated because rising gas prices are more important?

Worse yet, HRC's lapdog strategy reeks of lacking confidence in the arguments for our own equality, and most Americans can see right through it. Solmonese hasn't even gotten the HRC party line down right. Because he's following the DNC's lead, he swoons for the first lady, whose views on the subject show she "has her finger on the pulse of America."

But in 2004, the last time Congress debated amending the Constitution to ban gay marriage, Laura Bush said the exact same thing she said this time around, that it was an issue the American people wanted to debate, with sensitivity.

Only then, HRC chief Cheryl Jacques was so driven to slam anyone with the last name of Bush that she released a letter to Laura Bush slamming her for — you guessed it — trying to change the subject from the "real issues" Americans cared about, though back then it was joblessness, according to HRC's DNC keepers.

Dean's Dems and HRC keep arguing that Republicans are disingenuously changing the subject of political debate to gay marriage, but now that the subject's been changed, why would the nation's richest gay rights group try so hard to change it back?

It's one thing for Dean to calculate that it's not worth the political price to defend gay families, as longtime party activists have accused him of deciding, but what can be said about a gay rights group that's so partisan and beholden, that it would follow suit?

Blog Archives
Click on any of the links below to view Blogs from our past issues.

May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17
June 18 - 24

More Archives...

advertisements

Ads by Goooooogle

**Heather Mizeur**
Passionate
Progressive for
Maryland State
Delegate
heathermizeur.com

**Know Your Rights**
Our blog has the
latest news about
human rights —
AFL-CIO Now
www.aflcio.org/blog

**Should Gay
Couples Adopt?**
Should gay couples
be allowed to
legally marry and
adopt? Vote Now!
www.PollingPoint.com

**Gay and Lesbian
cards**
Designer joining,
congratulations
Civil Partnership
invites
www.bakiecards.com

Advertise on this site




washingtonblade.com

BLADE BLOG

## A gracious gay ending








## Williams must remove Obama from post





## Howard Dean's bigdogs





EXHIBIT 8

**washington Blade**

# washingtonblade.com
all the news for your *life* and your *style.*



Washi
## ATLANTIC S'
se

- HOME
- CLASSIFIED

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ENTERTAINMENT
- ECLIPSE

- BITCH SESSION



best of
**DC**
2006
**VOTE NOW!**

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

email address

[                    ]

◉ subscribe
○ unsubscribe

☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

## ▮thelatest



### Lawsuit dropped over city's lack of same-sex couple benefits
Colorado Springs reversal
of policy led to legal action
COLORADO SPRINGS, Colo. (AP) | Sep 9,
6:42 PM



### Conservative Jewish leader expects ban on gay rabbis to be lifted
Action expected in December
NEW YORK (AP) | Sep 8, 8:10 AM



### Ark. unlikely to appeal order reversing gay foster parent ban
Board leaves action up to Legislature
PARIS, Ark. (AP) | Sep 8, 7:59 AM

- MORE BLADE NEWS UPDATES    RSS

## ▮bladeblog



**Judge me by my enemies**
It was 10 years ago this
weekend, in Atlanta, Ga., and I
was sitting in the laundry room
of my house, the makeshift
location for my home computer.
Next to the keyboard was a
stack of books I'd ...
Chris Crain
Sep 6 | 8:08 PM

### Sympathy for the devil
It's hard to laugh in the
face of oppression, but
sometimes the
oppressor makes
himself so ridiculous ...
**Christopher Stevens**
Aug 30 | 4:29 AM

### 'Dig Me Out,' Sleater-Kinney
Earlier this month
marked a sad day in
rock and roll history —
not only for lesbians
who enjoy ...
**Dyana Bagby**
Aug 21 | 4:25 PM

- MORE OF BLADE BLOG    RSS

## ▮@dailybitch
❝ Why does my boyfriend only want to play video
games? Ever heard of a life? ❞

- MORE BITCHES  |  SEND US YOUR BITCHES

## ▮bladewire

**STDs on the rise for gays via unsafe oral sex**
Sydney Morning Herald
Sep 9, 5:12 PM

**Rights activists worry over anti-gay marriage**
The Tide (Nigeria)
Sep 9, 3:53 PM

**Gay activist's book says right has gone wrong**
Star Tribune (Minneapolis)
Sep 9, 2:04 PM

**Riverboat cruises sink PlanetOut's forecast**
MotleyFool.com
Sep 9, 10:44 AM

**Local Presbyterians to meet on gay clergy dispute**
Sacramento Bee (Calif.)
Sep 9, 9:50 AM

- MORE HEADLINES    RSS
- ADD BLADEWIRE TO YOUR SITE

## ▮blogwatch

**Karl's gay dad**
Republic of T.
Sep 9, 12:44 AM

**Bye! Bye! Bye! to Lance's HRC award**
By RANDY FOSTER
Washington Blade op-ed
Sep 8, 7:59 PM

**Governor's cold shoulder to gay warriors works for him**
By DAN WALTERS
Sacramento Bee column
Sep 8, 3:47 PM

**Softening 'Laramie' profanity should end controversy**
Des Moines Register
editorial
(Iowa)
Sep 8, 8:35 AM

**Gay litmus test for contractors?**
By DEAR PRUDENCE
Slate column
Sep 8, 8:30 AM

MORE BLOGWATCH  RSS

Entire

ADVA
IN

a

M
E
T
R
O

WW

## NATIONAL NEWS

### Gay labor group blasts Wal-Mart partnership
Other Wal-Mart critics call deal a 'positive step'



Wal-Mart, headquartered in Bentonville, Ark., has received criticism from both social conservatives and gay labor union activists for its recent partnership with a national gay commerce group. (Photo by AP)

### New group seeks rights for gay immigrants
Out4Immigration joins others seeking change

### More National News
Palm Springs mayor regrets 'proud' welcome to anti-gay group

### Gay student elected president at Defense Dept.'s university
No ban on gay students at Uniformed Services Univ.

### Sept. 11 introduced U.S. to gay families
Activists ponder impact of attacks on gay survivors, couples' rights

## OTHER NEWS

### International News
Zanzibar leader wants Freddie Mercury party banned



A Muslim leader in Zanzibar said last week that a beach party to honor the late **Freddie Mercury** had to be stopped because the Zanzibar-born Queen frontman was gay. (Photo by Gill Allen/AP)

### Police Beat
Alleged drunk driver hits car carrying

## ARTS ENTERTAINMENT

### Rustlin' up some fashion
Cowboys and girls offer tips on what to wear to look authentic at the rodeo



A cowboy at last year's Atlantic Stampede. His light-colored hat, tight jeans and long-sleeved shirt are all recommended for the rodeo arena.

### Dish: Liza with an STD?
Minnelli's hubby declares herpes, Rupert Everett airs the laundry and two TV lesbians get wrecked

### Books: The Gore-y details
Gore Vidal doesn't get graphic with personal info in a new collection of his early stories

### Film: 'Shock to the system'
Makers of 'The Rocky Horror Picture Show' resurrect its 1981 time-warped sequel

### Music: The pleasure of Paris
Everybody's least favorite celebrity delivers the goods on her debut CD

### TV: Do you believe in magic?
Here! TV's softcore gay porn show 'Dante's Cove' gives a whole new meaning to 'fantasy' genre

### Auto: Small cars are big again
Thanks to rising gas prices, pint-sized autos are becoming the next big thing on the road

## LOCAL LIFE

### Making gay Hispanic history
D.C. resident José Gutierrez creates an exhibit focused on city's gay Latinos

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE                          SUNDAY, SEPTEMBER 10, 2006



**washington Blade** | **washingtonblade.com** *all the news for your life and your style.*

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT
- LOCAL LIFE

ENTERTAINMENT
- FEATURE
- BOOKS
- DISH
- FILM
- MUSIC
- TELEVISION
- AUTOS

- ECLIPSE

- BITCH SESSION



EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address
[          ]
⦿ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

ADVERTISING
- GENERAL INFO
- E-EDITION
- MARKETING

ABOUT US
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

# FEATURE

### Rustlin' up some fashion (Gay)
Cowboys and girls offer tips on what to wear to look authentic at the rodeo

BY KATHERINE VOLIN
*Friday, September 08, 2006*

When you're trying to ride a crabby bull, rope a calf or wrestle a steer to the ground with little other than your hands for tools and your clothing for protection, what you wear is going to matter significantly.

"Fashion would probably come second to safety for everyone that competes in the rodeo," says Lonni La Bel, a former Ms. International Gay Rodeo and trustee for the Atlantic Stampede, an annual gay rodeo in Gaithersburg, Md.

So the look at a rodeo is going to be a little different from the urban cowboy style currently in fashion.

"When I go to Remingtons or something and I see the things that people wear — they come out with the designer jeans and Western top and maybe some boots," says Karl Klingener, who will participate in all but three of this year's rodeo events at Atlantic Stampede. "I'm like 'Oh, God, they're dressed like a drugstore cowboy, with that bling bling on the boots.' Yeah, not my thing."

For more appropriately styled rodeo competitors, must-have items include jeans, a long-sleeved top, boots and a hat. But within those categories, even more restrictions can apply.

"When people are out in the arena and competing, it's essential to wear clothing that fits well but also allows you some movement so that as you move about the arena, you aren't getting tightened up in your clothes," says Patrick Hunter, who has competed in the Atlantic Stampede for 10 years.

Jeans should be tight, not loose, Hunter says, and some styles, like boot-cut or cowboy cut, are preferable to others.

"Hip huggers would probably not be a good idea considering that they may not be hugging your hips if you get caught up," Hunter says. "They might be ankle huggers. While that might provide entertainment for the crowd, it could cause embarrassment for whomever is competing."

Although Hunter and La Bel say that jeans rarely reflect much of the cowboy or cowgirl's personal style, they can reveal just how authentic the rodeo attendee really is.

"You gotta have your jeans," says Frank Harrell, who will participate in calf roping at the Atlantic Stampede this year. "You can tell the real cowboy, a true cowboy, by looking at the bottom of the jeans. If he's got jeans that look substantially too long for him, he's a real cowboy."

The reason for the longer length has nothing to do with fashion, however.

"When the cowboy rides his horse, the pants will ride up onto the boot and if your jeans are the same length as the normal style calls for, then it ends up riding over the top of your boot and causes a problem," Harrell says. "So a real cowboy has jeans that look a little longer than they ought to be."

BOOTS FOR USE in the arena and on rodeo grounds should have a rubber sole, not the leather-soled type that are more appropriate for going out.

"The western shirts that they wear should be the type that have snaps on them," Hunter says. "The purpose of that is that if their shirt gets hung up on something, then the shirt'll just snap right open and they'll be let loose."

For further protection beyond what the basics provide, rodeo experts suggest chaps, a vest and a helmet.

"Chaps are usually made out of some type of rough rawhide or leather and they can be simple or showy, depending on your preference," Hunter


A cowboy at last year's Atlantic Stampede. His light-colored hat, tight jeans and long-sleeved shirt are all recommended for the rodeo arena.

MORE INFO

**Atlantic Stampede Rodeo**
Sept. 9-10, 10:30 a.m.-6 p.m.
Montgomery County Fairgrounds
16 Chestnut St.
Gaithersburg, MD
www.asgra.org
$20 each day or
$35 weekend pass covers all events
Weekend pass is $65 after Sept. 5

**Stampede Jamboree**
Friday, Sept. 8, 9 p.m.-2 a.m.
Hyatt Regency Washington
400 New Jersey Ave., NW
Regency Ballroom
$20

**Harvest Moon Ball**
Saturday, Sept. 9, 9 p.m.-2 a.m.
Hyatt Regency Washington
400 New Jersey Ave., NW
Regency Ballroom
$20

**Official Wrap-Up Party**
Sept. 10, after 8 p.m., awards ceremony at hotel
D.C. Eagle
639 New York Ave., NW

🖨 **Printer-friendly Version**
✉ **E-Mail this story**
✍ **Letter to the Editor**
🔊 **Sound Off** about this article

advertisement


THEY HAVE THE GOVERNMENT
IMPEACH WAR We Have Buttons

EXHIBIT 9

Washington Blade Online

http://washblade.com/2006/9-1/news/localnews/pannell.cfm

- **HOME**
- **CLASSIFIEDS**

- **THE LATEST**
- **BLADEWIRE**
- **BLADEBLOG**
- **BLOGWATCH**

**NEWS**
- **LOCAL NEWS**
- **NATIONAL NEWS**
- **WORLD NEWS**
- **RELIGION NEWS**
- **POLICE BEAT**

- **VIEWPOINT**
- **LOCAL LIFE**
- **ENTERTAINMENT**
- **CALENDARS**
- **ECLIPSE**

- **BITCH SESSION**



**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

email address

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[Sign Up]

**ADVERTISING**
- **GENERAL INFO**
- **E-EDITION**
- **MARKETING**

**ABOUT US**
- **ABOUT THE**
  **BLADE**
- **MASTHEAD**
- **EMPLOYMENT**

# LOCAL NEWS

## Catania leads gay candidates in fundraising
(Gay)
**Pannell outpaces rival in race for shadow Senate seat**

By LOU CHIBBARO JR.
*Friday, September 01, 2006*

Gay D.C. Councilmember David Catania was far ahead of his three fellow openly gay candidates running in the city's 2006 election in raising campaign funds as of Aug. 10, the most recent deadline for candidates to file finance reports with the city.

According to the D.C. Office of Campaign Finance, Catania, who is running for re-election to his at-large Council seat as an independent, raised $330,876.

Gay D.C. Councilmember Jim Graham, who is seeking re-election to his Ward 1 seat as a Democrat, raised $208,761.

Mayoral candidate Artee Milligan, who has said he is gay but would not make an issue of his sexual orientation in his campaign, pulled in $28,233 as of the Aug. 10 filing date. His finance report shows that $20,000 of that total came from a loan rather than contributions from donors.

Veteran D.C. gay activist Phil Pannell, who is running for the city's shadow U.S. Senate seat, has raised $7,157, a figure considered substantial for the unpaid position that serves as a voluntary lobbying post for D.C. voting rights.

Pannell's rival in the Sept. 12 Democratic primary, civic activist Mike Brown, raised $940 in contributions as of the Aug. 10 filing date, his finance report shows.

As an independent, Catania will appear on the ballot in the November general election in a race where as many as seven candidates will compete for two at-large seats. The two highest vote getters are awarded the seats.

Catania's fellow incumbent in the race, Councilmember Phil Mendelson, a Democrat, is running against A. Scott Bolden in a heated primary race, with the outcome uncertain. Based on the city's overwhelmingly Democratic voter registration rolls, the Democratic nominee — either Mendelson or Bolden — is expected to easily win one of the two at-large seats in November.

At least two of Catania's rivals in the general election for the second seat are Republican newcomer Marcus Skelton and Statehood-Green Party candidate Ann Wilcox, who are running unopposed in their party primaries on Sept. 12.

Independent candidates Q.G. Caldwell, Antionio Dominguez, and Michael T. Green took out petitions to have their names placed on the November ballot. But the D.C. Board of Elections & Ethics was not expected to issue a ruling on whether they obtained enough valid signatures to qualify for the ballot until next week. Aug. 30 was the deadline for submitting petitions for the November election.

**Catania enjoys bipartisan support**

Most political observers consider Catania the odds-on favorite to win re-election. First elected to the Council as a Republican in 1997 in a special election, Catania dropped his Republican affiliation in 2004 in response to



D.C. gay activist Phil Pannell, who is running for the city's shadow U.S. Senate seat, has raised significantly more money than his rival, Mike Brown. (Photo by Rudy K. Lawidjaja)

🖨 **Printer-friendly Version**

✉ **E-Mail this story**

✍ **Letter to the Editor**

《 》 **Sound Off about this article**

**MORE LOCAL NEWS**

**Md. could see nation's first black gay state legislators**
Victory Fund endorses Washington, McCarthy in Baltimore races

**Lesbian wins challenge to election in Alabama**
Democratic Party vote split largely on racial lines

**Gay Latino group seeks site to expand services**
Latinos en Accion exploring sites for D.C. drop-in center

**Confusion over whether arrest near in Swann St. killing**
Gay couple, housemate release statement claiming innocence

advertisement



advertisement



🏙CITY🏙 **CityKids' helps**
**young people**

EXHIBIT 10

Washington Blade Online

http://washblade.com/2006/8-11/news/localnews/battle.cfm

· HOME
· CLASSIFIEDS

· THE LATEST
· BLADEWIRE
· BLADEBLOG
· BLOGWATCH

NEWS
· LOCAL NEWS
· NATIONAL NEWS
· WORLD NEWS
· RELIGION NEWS
· POLICE BEAT
· LEGAL BRIEFS

· VIEWPOINT
· LOCAL LIFE
· ENTERTAINMENT
· CALENDARS
· ECLIPSE

· BITCH SESSION

EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address

⦿ subscribe
◯ unsubscribe
☐ I have read and
agree to our terms
and conditions.

Sign Up

ADVERTISING
· GENERAL INFO
· E-EDITION
· MARKETING

ABOUT US
· ABOUT THE
BLADE
· MASTHEAD
· EMPLOYMENT

# LOCAL NEWS

## Revised sex-ed curriculum to be unveiled (Gay)
**Montgomery County committee embraces gay topics after legal battle**

By JOSHUA LYNSEN
*Friday, August 11, 2006*

Maryland's Montgomery County Public Schools will unveil a new sex education curriculum, which adds gay topics and instructions on proper condom use, starting Aug. 30.

Those familiar with the new curriculum said it offers progressive views on gay issues, including discussions of gender identity. The new curriculum was described as rooted in current medical and scientific understanding.

Pro-gay activists said this, the district's second recent attempt to revamp its curriculum, is a better product than earlier drafts.

"It's going to be surprisingly more progressive than the previous proposed curriculum was," said Jim Kennedy, a member of the citizens' advisory committee assembled to review the changes. "It's going to be very thorough and very sympathetic."

Officials will publicly introduce the new curriculum in three stages.

Condom usage materials will be discussed at the 7 p.m. meeting Aug. 30, while "lessons on sexual orientation" for eighth and 10th grade students will be discussed at meetings in September.

All meetings of the Citizens Advisory Committee on Family Life & Human Development are open to the public. The evening meetings occur at Carver Educational Services Center at 850 Hungerford Drive in Rockville, Md.

The curriculum changes, originally slated for classroom testing in spring 2005, triggered a courtroom showdown when two conservative groups objected to the new content.

To settle the lawsuit, school officials agreed to abort the proposed revisions and restart the curriculum revamp process. One representative each from two conservative groups — Family Research Council and Citizens for a Responsible Curriculum — serve on the 15-member citizens' advisory committee.

Kennedy said the committee's conservative members might challenge the new curriculum, but he expected the proposed changes to be approved.

"Everything in the group is done by majority vote," he said, "and I'm confident that the majority will be reasonable."

Regina Griggs, executive director of Parents & Friends of Ex-Gays & Gays, said she hopes the revised curriculum focuses on "fact-based science" that is recent and unbiased.

"Failure to include equal access and information from all parties," she said, "that would be a deal breaker."



Jim Kennedy, co-founder of the group Teach the Facts, and his daughter Bonnie support changing the sex-ed curriculum in Montgomery County to address gay issues. (Photo by Rudy K. Lawidjaja)

 **Printer-friendly Version**

 **E-Mail this story**

**Letter to the Editor**

**Sound Off about this article**

MORE LOCAL NEWS

Court affirms rights of former lesbian partner
Custody dispute pits anti-gay Va. laws against Vt. civil unions

APA plans to pull its meetings out of Virginia
Medical group cites anti-gay laws, amendment for move to D.C.

2 Virginia marriage polls yield conflicting results
Findings raise questions about complexity of ballot language

advertisement

# Gulf Hurricane Relief

## Help Support Health Clinics
## Providing Critical Aid to Evacuees.

www.DirectRelief.org

Public Service Ads by Google




8/11/2006 10:57 AM

EMAIL UPDATES
New to email updates? Then click here to find out more.

email address

subscribe

unsubscribe

I have read and agree to our terms and conditions.

Sign Up

# LOCAL NEWS

## County approves gay-inclusive sex ed curriculum (Gay)

### Conservative groups may sue to block plan in Montgomery

By JOSHUA LYNSEN
*Friday, January 12, 2007*

Montgomery County Public Schools officials unanimously approved a controversial new gay-inclusive sex education curriculum this week, but omitted five positive messages about homosexuality, including a note that gays can live happy lives.

Officials with the Maryland school district opted to omit the messages at their meeting Tuesday despite an advisory committee's recommendation that the material be included.

Officials said the messages, which were designed to complement the district's new sex ed curriculum, were controversial and unnecessary.

Among the omitted messages were notes that most health professionals agree that homosexuality is not an illness, and that gays can live happy and successful lives.

Gay activists and others who'd hoped the new curriculum would include the positive messages criticized the board's decision.

"It's certainly disappointing that while the curriculum provides a good starting point dialogue on these issues, the school board and school officials felt they couldn't present a more comprehensive, quality curriculum," said Dan Furmansky, executive director of Equality Maryland.

Jim Kennedy, a member of the citizens advisory committee, said school board members likely didn't want to antagonize conservative groups that are poised to challenge the new curriculum in court.

He said the proposed list of positive gay messages could have ignited that battle.

"They're trying to avoid the appearance of taking a position on what is a moral issue," Kennedy said. "I think that's really what they're trying to avoid."

Some board members attempted to push through portions of the omitted messages, but those efforts were defeated at Tuesday's school board meeting.

Board member Patricia O'Neill wanted to grant teachers the ability to say that homosexuality is not a disease rather than refer any such inquiries to a doctor. The board voted against the proposal.

Another member sought to include a note that "fleeting same-sex attractions" do not mean a person is gay. That change, sought by the board's student member, Sarah Horvitz, also was defeated.

Jim Kennedy, a member of the citizens advisory committee in Montgomery County, pictured with his daughter, says school board members likely didn't want to antagonize conservative groups that are poised to challenge the new curriculum in court.

### MORE INFO

#### 5 messages students won't hear

A citizens' advisory council recommended that Montgomery County Public Schools include the following five messages about homosexuality in its revised sex education curriculum. District officials voted to omit the messages.

1. Children who have fleeting same-sex attractions may assume incorrectly that they are gay or lesbian. Mere fleeting attraction does not prove sexual orientation.

2. All mainstream medical and mental health professionals have concluded that homosexuality is not a disease or a mental illness.

3. The American Academy of Pediatrics says that most experts have concluded that "one's sexual orientation is not a choice; that is, individuals do not choose to be homosexual or heterosexual." Moreover, according to the American Psychological Association, sexual orientation is not a "conscious choice that can voluntarily be changed." Similarly, the American Medical Association opposes "therapies" that seek to change sexual orientation that are premised on the assumption that homosexuality is an illness and that people should change.

4. Homosexuals can live happy, successful lives; they can be successful parents.

5. Children raised by same-sex couples do just as well as those raised by heterosexuals, and are no more likely to be homosexual.

del.icio.us Digg This Story reddit

Printer-friendly Version

E-Mail this story

Letter to the Editor

EXHIBIT 11

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE                    FRIDAY, OCTOBER 6, 2006

**washington Blade**   **washingtonblade.com**   all the news for your life and your style.   

- HOME
- CLASSIFIEDS

- THE LATEST
- BLADEWIRE
- BLADEBLOG
- BLOGWATCH

- NEWS
- VIEWPOINT

**LOCAL LIFE**
- LOCAL FEATURE
- OUT IN DC
- DINING
- THEATER

- ENTERTAINMENT
- CALENDARS
- ECLIPSE

- BITCH SESSION

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

email address

- ⦿ subscribe
- ○ unsubscribe
- ☐ I have read and
  agree to our terms
  and conditions.

Sign Up

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT THE
  BLADE
- MASTHEAD
- EMPLOYMENT

# BEST OF GAY DC

**Best of Gay DC 2006** (Gay)
Simply the best
*Friday, October 06, 2006*

The year 2006 will be remembered as one of major
change in Washington. The city is electing a new mayor,
who faces decisions on whether to retain some of
Anthony Williams' high-profile gay appointees, including
his liaison to the gay community, Darlene Nipper (your
pick for local gay hero). The closure of gay-owned
businesses in Southeast, including Nation, means gay
life in D.C. won't be the same. Which businesses will
pick up that slack? Judging by Blade reader choices for
the best in nightlife, Halo has successfully stepped into
the nightlife void.

This year's annual Blade roundup of the best in gay D.C.
is being published in a handy pullout guide and features
the winners for the best the city has to offer, as
determined by our online readers.

So read on and then get out and enjoy the best of gay
D.C.

The following writers contributed to this article:
Katherine Volin, Ken Sain, Dan Miller, Brian Moylan, Troy
Petenbrink, Patrick Folliard and Greg Marzullo. Cover
photo by Adam Cuthbert. Layout and design by Rob
Boeger.



Cheers!
Here's to the winners
in our annual guide to
the best of gay D.C.

🖨 **Printer-friendly Version**

✉ **E-Mail this story**

✍ **Letter to the Editor**

🔊 **Sound Off about this article**

## Dining



**Best New Restaurant: Busboys
and Poets**
During the past year,
Busboys and Poets has
quickly established itself as a
neighborhood hotspot in the
thriving 14th and U Street
corridor. It has attracted
local and international media
attention, and hosted the
likes of Washington Wizard
player Etan Thomas and
anti-war crusader Cindy
Sheehan.  Owner, artist,
human rights activist and
friend of the gay community, Andy Shallal's abundance
of energy and creativity are reflected in this stylish,
multipurpose restaurant.  It serves consistently good
food at moderate prices in the art-filled main dining
room.  In addition, patrons can browse and shop the
on-site progressive bookstore, enjoy free wireless
Internet access while relaxing on a comfy couch in the
lounge, savor a cold microbrew at the bar or gather in
the Langston Room for a poetry reading, jazz
performance or some other special performance event.

Busboys and Poets
2021 14th St., NW
202-387-7638
www.busboysandpoets.com

advertisement

**The Antique Station**
*Antiquing At Its Best*
**The Gallery opens 9/15**
One new Art Gallery; the
only of its kind in Frederick
In business for over 17 years
and voted best antique mall in
Frederick, come see us running.

**301-695-0888**
**Mon-Fri 10-5**
**Sat 10-6**
**Sun 12-6**

advertisement

**Most Romantic: Two Quail**
For many, Two Quail, the small Capitol Hill Victorian row
house-turned-restaurant, is the ideal destination for a
romantic dinner. The dining space is divided into cozy
nooks that provide space for private meals and conversations among a somewhat over-the-top eclectic
décor. It offers a classic American menu, with fresh ingredients from local and free-range farms.  The
signature dish is the two quail stuffed with a seasonal fruit and vegetable filling. To add to the restaurant's
romantic appeal, patrons can arrange for a moonlit tour of the historic Capitol Hill neighborhood in a
horse-drawn carriage. It is recommended that reservations be made at least one or two months in advance
of Valentine's Day, which always includes a special menu.

Two Quail
320 Massachusetts Ave., NE
202-543-8030
www.twoquail.com



started spinning his own music, and has been a mainstay of local gay nightlife ever since. At Cobalt, he currently spins upbeat house tunes every other Saturday night and works the music during every Tuesday night's retro party. As if that weren't enough, Royce also busties himself booking other DJs for Cobalt.

**Best Bartender: Mike Harrington**

Mike Harrington has been pouring drinks at local gay dance club Apex for years, but the passage of time has done little to diminish his appeal. Customers site his friendly, cheerful manner and specialty drinks as reasons why they keep voting him their favorite among bartenders.



**Straight Ally: Carol Schwartz**

It's not every day that elected Republican officials take up the cause of gay equality, but Carol Schwartz has long been a supporter of local gay men and lesbians, and they've supported her in return. The D.C. Councilmember has served on the board of directors for the Whitman-Walker Clinic since 1988 and has helped with fundraising for the Gay & Lesbian Activists' Alliance, a local non-partisan gay civil rights organization.



**Best Businessperson: Mike Fine with Tax Masters**

Tax preparer Mike Fine, director of operations for local tax-preparation and accounting service Tax Masters, started focusing on same-sex couples and their tax needs several years ago. He says he was bothered by the inequity that same-sex partners face with regard to their taxes because of not being able to file jointly. Fine also offers pro bono work to the Gay Men's Chorus of Washington, D.C., the Atlantic States Gay Rodeo Association and some gay couples.



**Best Drag Performer: Shi-Queeta-Lee**

Female Impersonator Shi-Queeta-Lee has been performing in Washington, D.C. for nine years, wowing crowds across the metro area with her Tina Turner impersonation. After working at the popular Cada Vez Sunday Drag Brunch for several months, Shi-Queeta quit in January of this year and joined a new brunch event at Onyx in Oxen Hill, Md. At Onyx, Shi-Queeta and the other drag performers also wait tables in between performing.

© 2006 | A Window Media LLC Publication | Privacy Policy







Lego Star Wars II - Release d
Loco Roco - Release date: 9/1t
The Godfather - Release date:

Whatever you've got to do, do it

EXHIBIT 12

PLACE A CLASSIFIED AD | WHERE TO FIND THE BLADE

**washington Blade**    **washingtonblade.com**  all the news for your life and your style.

FRIDAY, OCTOBER 6, 2006

· HOME
· CLASSIFIEDS

· THE LATEST
· BLADEWIRE
· BLADEBLOG
· BLOGWATCH

· NEWS
· VIEWPOINT

LOCAL LIFE
· LOCAL FEATURE
· OUT IN DC
· DINING
· THEATER

· ENTERTAINMENT
· CALENDARS
· ECLIPSE

· BITCH SESSION

EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address
[                    ]
⦿ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[ Sign Up ]

ADVERTISING
· GENERAL INFO
· E-EDITION
· MARKETING

ABOUT US
· ABOUT THE
  BLADE
· MASTHEAD
· EMPLOYMENT

# LOCAL FEATURE

## AIDS Walk sees boost in participants (Gay)

After years of declining returns, Whitman-Walker says annual fundraiser finding its footing

By KATHERINE VOLIN
Friday, October 06, 2006

For the 20th anniversary of the annual 5K AIDS Walk Washington, Whitman-Walker Clinic officials, the gay health organization that produces the event, say they have reason to celebrate.

Once a significant fundraising event that made millions for the Clinic, AIDS Walk participants and the amount of money raised plunged once the 21st century arrived. Organizers say they have turned things around this year though, with an increase in the number of registered participants for the walk over last year.

The annual AIDS Walk began in 1987, and longtime AIDS activist Cheryl Spector was there. The event took place two years after her gay brother, Stanley Spector, who had AIDS, committed suicide.

"I was very angry and still in a lot of pain over my brother dying and over a government which was, of course, headed by Ronald Reagan, who I completely blamed for the inaction that would lead to so many people dying," Spector says about her mindset during the first walk. "It was a very powerful event."

The 3,000 walkers in 1987 raised nearly $250,000, and organizers staged the event at a cost of $50,000, which was $20,000 less than they'd anticipated spending, according to Blade accounts from the time. As the years went on, more and more walkers raised money for the Clinic.

"Every year we had the AIDS Walk and it seemed to get bigger and bigger and more and more diverse," says Spector, who has participated in nearly every AIDS Walk since the first.

The 1997 AIDS Walk, which raised the event's highest numbers, at $2.6 million, left a particular impression on Spector, who watched the bulging crowd from a platform with a friend.

"It was a ridiculous amount of people," Spector says. "It was crazy, wonderful and then a few years after that, we were also standing on the [National] Mall, and it was this piddly small amount of people."

In 1999, the Walk still managed to draw 30,000 participants and raked in more than $1 million, but in 2000, a mere 5,000 walkers raised nearly $900,000. Costs for putting on the event had risen since 1987, and during the millennial Walk, Whitman-Walker only netted 14 percent of the funds raised.

The event weathered a major controversy a few years ago, when AIDS activists complained that Pallotta Teamworks, a private company that once staged the AIDS Walk event in several cities including D.C., squandered contributions by donors to overhead costs and the Pallotta firm's own profit. Pallotta later went out of business.

The number of participants continued to fall or remain steadily low as the Clinic battled AIDS fatigue after years of time same, dire message. Donor fatigue after Sept. 11, the tsunami and Hurricanes Katrina and Rita also contributed to the declining fundraising response, organizers have said.

"I think the misperception that the HIV/AIDS epidemic is not a problem in this country [has decreased donations to Whitman-Walker]," says Kim Mills, the Clinic's director of communications. "We've been very focused on helping people in Africa, which is important and great, but the epidemic in D.C. rivals that in many, many sub-Saharan nations."

A financial crisis last year forced Whitman-Walker to slash jobs. The city pledged $2.2 million to bail the Clinic out, and for the past year, the organization has been slowly reorganizing, with a new focus on providing increased primary care services for clients.

"It's been difficult for us to rebuild our private fundraising," says Mills "It's taken a great deal of effort."

Part of the solution has been not to rely so heavily on the AIDS Walk, which remains one of the Clinic's key fundraisers, according to Mills.

"We have diversified the ways in which we raise money," Mills says. "We can't depend upon a one-time event like an AIDS walk."

This year's number of walkers and pledged donations have already outstripped last year's figures at this time, and Mills says that the Clinic's website, www.wwc.org, will accept donations for several weeks after the Walk on Oct. 7. So far, 3,000 walkers are registered for this weekend's event and $250,000 has been pledged, Mills said.



On the 20th anniversary of D.C.'s annual AIDS Walk, the Whitman-Walker Clinic says it is encouraged by an increase in the number of walkers registered to participate this weekend.

**MORE INFO**

AIDS Walk Washington 2006
Saturday, Oct. 7, 9 a.m.
Freedom Plaza
1400 Pennsylvania Ave., NW
www.aidswalkwashington.org

🖨 **Printer-friendly Version**

✉ **E-Mail this story**

✍ **Letter to the Editor**

🔊 **Sound Off about this article**

**MORE LOCAL FEATURE**

When worlds collide
Gay Israelis and Palestinians wade through old battles in new documentary

advertisement

advertisement



EXHIBIT 13



EXHIBIT 14



# Washington Blade

www.washingtonblade.com

YOUR STYLE.

**last call**

Tears, Champagne flow as Ziegfeld's stages its final performance. Photos, Page 37

APRIL 7, 2006

## Couples win expanded D.P. rights

### New benefits for gay, straight D.C. couples fall far short of marriage

By JOSHUA LYNSEN

Gay couples registered as domestic partners in D.C. gained sweeping new rights this week, as an expanded D.P. measure passed by the City Council earlier this year survived its 30-day congressional review period to become law.

The Domestic Partnership Equality Amendment Act of 2006 gives registered couples new rights in seven categories, including immunity from testifying against a partner, power of attorney and the ability to write and enforce the equivalent of pre-marital agreements.

"This is about everyone having the opportunity to live full and productive lives," said Darlene Nipper, director of

Please see DP LAW on Page 26

Promoter blames new smoking ban for demise of Lizard Lounge, Page 10

Darlene Nipper, director of the city's Office of Lesbian, Gay, Bisexual & Transgender Affairs, says D.C.'s new domestic partnership law offers everyone the 'opportunity to live full and productive lives.'

## Spring

### Wish you were here

From Key West to the Canary Islands, the Blade's spring travel guide has something for everyone.

Big fun on small cruises, Page 56
Top 10 old and new gay hotspots, Page 49
Visit Merida for the real Mexico, Page 52
Finding love in Buenos Aires, Page 53

KEY WEST

1 of 1

1/8/2007 11:12 AM

EXHIBIT 15



Gay event promoter
blames smoking ban for
decision to close

## Opposition to gay bar prompts calls for liqu

Gay councilmember
juggles opposing
constituencies

EXHIBIT 16



ALL THE NEWS FOR YOUR LIFE. AND YOUR STYLE.    www.washingtonblade.com



Men suspected of being gay were gunned down March 20 in the Iraqi city of Ramadi. U.S. forces say they are concerned about the rising number of anti-gay killings in Iraq. (Photo by Bilal Hussein/AP)

# Amendment battle shifts t

## Senate rejects gay marriage amendment amid heated debate

By LOU CHIBBARO JR.



Supporters of an amendment to the U.S. Constitution banning states from marrying gay couples are now pinning hopes on the House after the Senate failed to approve the ban on gay marriage in a procedural vote.

Gay rights groups took the Senate's vote on June 7 as a victory in their effort to kill the anti-gay measure. Supporters insisted they achieved a modest gain in "momentum" for the amendment.

By a vote of 49 to 48, sena-

tors June 7 defeated a cloture motion to end debate and move the proposed constitutional ban on same-sex marriage forward for a direct vote. The motion needed 60 votes to pass.

Had it passed, supporters still needed 67 votes to pass the amendment itself under the two-thirds majority vote needed to pass a constitutional amendment. The 49 votes in support of a vote on the actual amendment rep-

Please see MARRIAGE on Page 41

More than 150 supporters of the Amendment joined President Georg urge Congress to pass the gay marr (Photo by Charles Dharapak/AP)

# U.S. military acknowledges Iraq anti-gay killings

## Exiled leader claims troops helped harass Iraqi gays

By LOU CHIBBARO JR.

The U.S. military is aware of a rash of anti-gay killings in Iraq during the past eight months and is taking steps to curtail sectarian violence against all Iraqis, including gays, according to a spokesperson for the U.S.-led multinational forces in Iraq.

Please see IRAQI GAYS on Page 43

# Activism, comm compete at Cap

## Annual D.C. event expected to generate millions of dollars

By JOSHUA LYNSEN



Capital Pride attendees will spend an estimated $30 million locally during D.C.'s 31st annual gay celebration this weekend, according to business experts.

Local business leaders said restaurants, bars and entertainment centers are poised to benefit most

Worldwid Maya an Eva Fren Capital Dance Ce Complete

from s retailing It from ers ext Cal tout 2



Thousands of gay and lesbian revelers are expected in Washington this weekend to ring in the 31st annual Capital Pride celebration, which features a parade and festival. (Photo by Rudy K. Lawidjaja)



Thousands flock to Orlando for annual Gay Days at Disney. Photos, Page 83

Straight service members use 'Don't Ask, Don't Tell' to avoid serving in Middle East. National News, Page 20

Trans women a discrimination incidents at D. Local News, P



EXHIBIT 17



EXHIBIT 18

panellcatania.jpg (JPEG Image, 1192x1702 pixels) - Scaled (32%)     http://www.rudykphotography.com/registered/images/print/panellcat..

# Catania leads gay candidates in fundraising

**Pannell outpaces rival in race for shadow Senate seat**

By LOU CHIBBARO JR.




*David Catania, who is running for re-election to his at-large Council seat, is an independent but he has raised $333,616 for his campaign.*

## Catania enjoys bipartisan support



*Ex-gay activist Phil Pannell, who is running for the city's shadow U.S. Senate seat, has raised significant sums of money, but so far, he is trailing David Catania.*
Photo by Rudy K. Lowekton

## Bolden challenges GLAA rating

EXHIBIT 19

## local news

# Revised sex-ed curriculum to be unveiled

**Montgomery County committee embraces gay topics after legal battle**

BY JOSHUA UNSEM



Jim Kennedy, co-founder of the group Teach the Facts, said he will offer input on the proposed sex-ed curriculum to Montgomery County to address gay issues. Photo by Jörg K. Lueddecke

# Cherry Fund to give $30,000 to 12 beneficiaries

EXHIBIT 20

baseball.jpg (JPEG Image, 1268x1683 pixels) - Scaled (32%)    http://www.rudykphotography.com/registered/images/print/baseball.jpg

## COMMUNITY





### CONCERT

### NIGHTLIFE

### DANCE

### CONCERTS

### READINGS | SCREENINGS

### SPIRITUALITY

### GALLERIES | EXHIBITS

### THEATER | DANCE

### HIV/AIDS

### SPORTS

### SELF-HELP

For detailed listings on community group meetings, sports, self-help groups, HIV/AIDS resources, nightlife, concerts, TV listings and film, visit www.washingtonblade.com

EXHIBIT 21

Houston Voice Online

Page 1



PLACE A CLASSIFIED AD | WHERE TO FIND THE VOICE

MONDAY, JUNE 12, 2006

**houstonvoice.com**
all the news for your life and your style.

HOME
CLASSIFIEDS

THE LATEST
HOVOWIRE
HOVOBLOG

NEWS
VIEWPOINT
LOCAL LIFE
ECLIPSE
CLASSIFIEDS
ABOUT US

BITCH SESSION

EMAIL UPDATES
New to email
updates? Then click
here to find out more.
email address:

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions

**Sign Up!**

ADVERTISING
GENERAL INFO
E-EDITION
MARKETING

ABOUT US
ABOUT THE
VOICE
MASTHEAD
EMPLOYMENT

# HOUSTON VOICE BLOG

## Howard Dean's lapdogs

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."



HRC's Joe Solmonese says Howard Dean shows a 'serious lack of leadership' on gay marriage. So why is Solmonese still following him?

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Yesterday, Dean's DNC issued a press release that takes to task Bill Frist, the Senate GOP Leader, for ignoring First Lady Laura Bush's advice about not using gay marriage "as a campaign tool."

Frist and the Republicans don't really care about preventing gays from marrying, the press release argues, they're just trying to change the subject from their own political problems.

I can't link to the DNC press release — titled "Laura Bush gets it, why doesn't Bill Frist?" — because typical of the Democrats' defense of gays, the primary target audience for the release was apparently... gays. I couldn't find the release anywhere on the DNC website.

Still, despite Dean's "serious lack of leadership" on gay marriage, Solmonese and HRC were quick to play follower. Just one hour after the DNC press release went out, HRC issued its "Amen, sister!" reply.

Titled "Senator Frist Pushing a Campaign Strategy Opposed by First Lady Laura Bush," the HRC press hits all the same talking points, accusing Frist of not taking Laura Bush's sage advice.

So besides the lapdog posture, what's the harm in HRC continuing to do Dean's Dems' bidding? Plenty.

Rather than actually defend gay families and make the case for gay marriage, HRC continues to argue that the American people don't — and shouldn't! — care about marriage equality for gay couples.

"Voters want candidates focused on soaring gas prices, a healthcare crisis and national security," Solmonese says in the release, "not putting discrimination in the United States Constitution."

What sort of gay rights strategy is it, when the attention of Americans is focused on our issues, to argue that our rights aren't important, and refuse to engage our opponents in the debate over our equality?

Sure it makes political sense for Dean and his Dems to issue stealth press releases defending us, and then have the party's senators respond to conservative attacks on our families by arguing that the issue isn't as important as rising gas prices. But what self-respecting gay rights group would echo that argument?

Can you imagine Martin Luther King, Jr., responding to an attempt to rollback the gains of the Civil Rights Movement by arguing that the issue shouldn't be debated because rising gas prices are more important?

Worse yet, HRC's lapdog strategy reeks of lacking confidence in the arguments for our own equality, and most Americans can see right through it. Solmonese hasn't even gotten the HRC party line down right. Because he's following the DNC's lead, he swoons for the first lady, whose views on the subject show she "has her finger on the pulse of America."

But in 2004, the last time Congress debated amending the Constitution to ban gay marriage, Laura Bush said the exact same thing she said this time around, that it was an issue the American people wanted to debate, with sensitivity.

Blog Archives
Click on any of
the links below
to view Blogs
from our past
issues.

May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17

More Archives...

advertisements

PLACE A CLASSIFIED AD | WHERE TO FIND THE VOICE                          FRIDAY, JUNE 9, 2006

**houston voice** **houstonvoice.com** all the news for your life and your style.

- HOME
- CLASSIFIEDS

- THE LATEST
- HOVOWIRE
- HOVOBLOG

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ECLIPSE
- NIGHTLIFE
- CLASSIFIEDS
- ABOUT US

- BITCH SESSION

EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

Sign Up!

ADVERTISING
- GENERAL INFO
- E-EDITION
- MARKETING

ABOUT US
- ABOUT THE
  VOICE
- MASTHEAD
- EMPLOYMENT

# HOUSTON VOICE BLOG

A grace-less gay ending

The series finale of NBC's groundbreaking gay sitcom "Will & Grace" on Thursday, May 18, was such a piece of crap that it has ruined the memory of the comedy forever. While the one-hour retrospective before the show buttered viewers up with fond memories of when the show was one of the most dependably funny on network television, the one-hour final episode did nothing to cement that legacy in viewers minds. P.S., this article is going to give away the plot of the episode, so if you have it on TiVo and haven't watched it yet don't waste your time and TiVo memory space and just keep reading.

The problem with the episode is exemplified in the rendition of "Unforgettable" that Karen (Megan Mullally) and Jack (Sean Hayes) sang at the end of the show. I kept waiting for the zany duo to change the lyrics or the tune or bust into a Cher cover to make it into a joke, but the joke never came. They just sung the song. And they did it with non-ironic sincerity. It's like they forgot the second syllable in sitcom is an abbreviation of comedy.

While the dream sequence that kicked the hour off wasn't too bad — Grace (Debra Messing) in that track suit was a fabulous sight — the earnestness of the rest of the hour was horrible. Instead of giving the gang of four one more zany adventure and tying up the loose ends from the season, show creators Max Mutchnick and David Kohan decided to map out the rest of the character's lives until they died (probably of boredom, like many viewers did during the telecast).



The cast of NBC's 'Will & Grace,' — Sean Hayes (left), Debra Messing, Eric McCormack and Megan Mullally — went out with a whimper for the show's final episode. (Photo courtesy of NBC)

And that's where the horrible flash forwards and coincidental plot developments come in. Skip ahead two years, Will (Eric McCormack) and Grace are fighting. Forward again, they've reconciled and over each other. Get into the time machine again and Grace's daughter meets Will's son (birthed from a surrogate, natch) in college the same way the dynamic duo met and then get married, in turn reuniting the fag with his hag after decades of being out of touch. How fucking lame!

Then Karen inexplicably loses her money and Jack has to do it with Beverly Leslie (gay actor Leslie Jordan) to keep the freeloading duo afloat. Where did that come from and why was it necessary?

The wonderful gay series "Six Feet Under" used a similar tactic when it ended after five seasons last summer. Claire (Lauren Ambrose) leaves her family behind and imagines who each of the characters on the show will die. Not only did it fit in perfectly with the trope that began each episode of the series, but was in turns funny, heart-breaking and sublimely beautiful. It was the most perfectly satisfying ending for the beloved show.

In fact, it was just the opposite of the "Will & Grace" finale, which was such a self-serious mess, that it's hard to remember why audiences tuned into it in the first place.



Posted by Brinn Moylan, Features Editor for the Washington Blade! May, 19 at 4:16 PM | bmoylan@washblade.com

Howard Dean's lapdogs

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."



HRC's Joe Solmonese says Howard Dean shows a 'serious lack of leadership' on gay marriage. So why is Solmonese still following him?

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Blog Archives
Click on any of the
links below to view
Blogs from our past
Issues.

May 7 - 13
May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10

More Archives...

advertisements

LEATHER RACK

Clothing
Accessories
Toys & Pumps
Lubes/Condoms
Video Head
Cleaners
Films

leatherrack.com

Create a
Healthy
Glow
with
Nutra-Lift
SkinCare

EXHIBIT 22

PLACE A CLASSIFIED AD | WHERE TO FIND THE VOICE                                   FRIDAY, JUNE 9, 2006



- HOME
- CLASSIFIEDS

- THE LATEST
- SOVOWIRE
- SOVOBLOG

- NEWS
- VIEWPOINT
- ECLIPSE
- CALENDARS
- CLASSIFIEDS
- ABOUT US
- NIGHTLIFE

- BITCH SESSION
- CALENDARS



EMAIL UPDATES
New to email
updates? Then click
here to find out more.

email address

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

Sign Up!

ADVERTISING
- GENERAL INFO
- E-EDITION
- MARKETING

ABOUT US
- ABOUT SOVO
- MASTHEAD
- EMPLOYMENT

# SOVO BLOG

**A grace-less gay ending**

The series finale of NBC's groundbreaking gay sitcom "Will & Grace" on Thursday, May 18, was such a piece of crap that it has ruined the memory of the comedy forever. While the one-hour retrospective before the show buttered viewers up with fond memories of when the show was one of the most dependably funny on network television, the one-hour final episode did nothing to cement that legacy in viewers minds. P.S., this article is going to give away the plot of the episode, so if you have it on TiVo and haven't watched it yet don't waste your time and TiVo memory space and just keep reading.

The problem with the episode is exemplified in the rendition of "Unforgettable" that Karen (Megan Mullally) and Jack (Sean Hayes) sang at the end of the show. I kept waiting for the zany duo to change the lyrics or the tune or bust into a Cher cover to make it into a joke, but the joke never came. They just sung the song. And they did it with non-ironic sincerity. It's like they forgot the second syllable in sitcom is an abbreviation of comedy.



The cast of NBC's 'Will & Grace,' — Sean Hayes (left), Debra Messing, Eric McCormack and Megan Mullally — went out with a whimper for the show's final episode. (Photo courtesy of NBC)

While the dream sequence that kicked the hour off wasn't too bad — Grace (Debra Messing) in that track suit was a fabulous sight — the earnestness of the rest of the hour was horrible. Instead of giving the gang of four one more zany adventure and tying up the loose ends from the season, show creators Max Mutchnick and David Kohan decided to map out the rest of the character's lives until they died (probably of boredom, like many viewers did during the telecast).

And that's where the horrible flash forwards and coincidental plot developments come in. Skip ahead two years, Will (Eric McCormack) and Grace are fighting. Forward again, they've reconciled and over each other. Get into the time machine again and Grace's daughter meets Will's son (birthed from a surrogate, natch) in college the same way the dynamic duo met and then get married, in turn reuniting the fag with his hag after decades of being out of touch. How fucking lame!

Then Karen inexplicably loses her money and Jack has to do it with Beverly Leslie (gay actor Leslie Jordan) to keep the freeloading duo afloat. Where did that come from and why was it necessary?

The wonderful gay series "Six Feet Under" used a similar tactic when it ended after five seasons last summer. Claire (Lauren Ambrose) leaves her family behind and imagines who each of the characters on the show will die. Not only did it fit in perfectly with the trope that began each episode of the series, but was in turns funny, heart-breaking and sublimely beautiful. It was the most perfectly satisfying ending for the beloved show.

In fact, it was just the opposite of the "Will & Grace" finale, which was such a self-serious mess, that it's hard to remember why audiences tuned into it in the first place.



Posted by Brian Moylan, Features Editor for the Washington Blade May. 19 at 4:16 PM | bmoylan@washblade.com

**Howard Dean's lapdogs**

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."



HRC's Joe Solmonese says Howard Dean shows a 'serious lack of leadership' on gay marriage. So why is Solmonese still following him?

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Blog Archives
Click on any of the
links below to view
Blogs from our past
issues.

May 7 - 13
May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10

More Archives...

advertisements



Say it in a Card

- online greeting
  cards for all
  occasions
- invitations
- personalized
  cards

404.355.5723
sayitinacard.com



Create a
Healthy
Glow
with
Nutra-Lift
SkinCare
www.nutralift.com

Southern Voice Online

# Southern Voice

### PLACE A CLASSIFIED AD | WHERE TO FIND THE VOICE

# sovo.com

### all the news for your life and your style.

MONDAY, JUNE 12, 2006

- HOME
- CLASSIFIEDS

- THE LATEST
- SOVO/WIRE
- SOVO BLOG

- NEWS
- VIEWPOINT
- LOCAL LIFE
- ECLIPSE
- CALENDARS
- CLASSIFIEDS
- RESOURCES
- NIGHTLIFE

- BITCH SESSION
- CALENDARS

- NEWS
- ARTS & LIFE UPDATES
- Sign up to receive weekly updates from Southern Voice

- [ ] email address
- [ ] I have read the terms & conditions

Sign Up

- [ ] subscribe
- [ ] unsubscribe
- [ ] email updates

ADVERTISING INFO
GENERAL INFO
EDITION

## SOVO BLOG

**Howard Dean's laptops**

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Yesterday, Dean's DNC issued a press release that takes to task Bill Frist, the Senate GOP Leader, for ignoring First Lady Laura Bush's advice about not using gay marriage "as a campaign tool."

Frist and the Republicans don't really care about preventing gays from marrying, the press release argues, they're just trying to change the subject from their own political problems.

I can't link to the DNC press release — titled "Laura Bush gets it, why doesn't Bill Frist?" — because

HUMAN
RIGHTS
CAMPAIGN

HRC's Joe Solmonese says Howard Dean shows a "serious lack of leadership" on gay marriage. So why is Solmonese still following him?

**Blog Archives**
Click on any of the links below to view Blogs from our past issues.

May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17

More Archives...

advertisements

Page 1

EXHIBIT 23

Express Gay News Online

PLACE A CLASSIFIED AD · WHERE TO FIND EXPRESS
MONDAY, JUNE 12, 2006

# express expressgaynews.com
all the news for your *life* and your *style*.

HOME
CLASSIFIEDS

THE LATEST
EXPRESSWIRE
EXPRESSBLOG

NEWS
VIEWPOINT
LOCAL LIFE
EXTRA

BITCH SESSION

EMAIL UPDATES
New to email?
Use these keywords
here to find out more:

email address

○ subscribe
○ unsubscribe
□ I have read and
agree to our terms
and conditions.

Sign Up

ADVERTISING
GENERAL INFO
E-DITION
MARKETING

ABOUT US
ABOUT EXPRESS
MASTHEAD
EMPLOYMENT

## EXPRESS BLOG

### A grace-less gay ending

The series finale of NBC's groundbreaking gay sitcom "Will & Grace" on Thursday, May 18, was such a piece of crap that it has ruined the memory of the comedy forever. While the one-hour retrospective before the show buttered viewers up with fond memories of when the show was one of the most dependably funny on network television, the one-hour final episode did nothing to cement that legacy in viewers minds. P.S., this article is going to give away the plot of the episode, so if you have it on TiVo and haven't watched it yet don't waste your time and TiVo memory space and just keep reading.

The problem with the episode is exemplified in the rendition of "Unforgettable" that Karen (Megan Mullally) and Jack (Sean Hayes) sang at the end of the show. I kept waiting for the zany duo to change the lyrics or the tune or bust into a Cher cover to make it into a joke, but the joke never came. They just sung the song. And they did it with non-ironic sincerity. It's like they forgot the second syllable in sitcom is an abbreviation of comedy.

While the dream sequence that kicked the hour off wasn't too bad — Grace (Debra Messing) in that track suit was a fabulous sight — the earnestness of the rest of the hour was horrible. Instead of giving the gang of four one more zany adventure and tying up the loose ends from the season, show creators Max Mutchnick and David Kohan decided to map out the rest of the character's lives until they died (probably of boredom, like many viewers did during the telecast).



The cast of NBC's 'Will & Grace,' — Sean Hayes (left), Debra Messing, Eric McCormack and Megan Mullally — went out with a whimper for the show's final episode. (Photo courtesy of NBC)

And that's where the horrible flash forwards and coincidental plot developments come in. Skip ahead two years, Will (Eric McCormack) and Grace are fighting. Forward again, they've reconciled and over each other. Get into the time machine again and Grace's daughter meets Will's son (birthed from a surrogate, natch) in college the same way the dynamic duo met and then get married, in turn reuniting the fag with his hag after decades of being out of touch. How fucking lame!

Then Karen inexplicably loses her money and Jack has to do it with Beverly Leslie (gay actor Leslie Jordan) to keep the freeloading duo afloat. Where did that come from and why was it necessary?

The wonderful gay series "Six Feet Under" used a similar tactic when it ended after five seasons last summer. Claire (Lauren Ambrose) leaves her family behind and imagines who each of the characters on the show will die. Not only did it fit in perfectly with the trope that began each episode of the series, but was in turns funny, heart-breaking and sublimely beautiful. It was the most perfectly satisfying ending for the beloved show.

In fact, it was just the opposite of the "Will & Grace" finale, which was such a self-serious mess, that it's hard to remember why audiences tuned into it in the first place.



Posted by Brian Moylan, Features Editor for the Washington Blade| May. 19 at 4:16 PM | bmoylan@washblade.com

---

### Howard Dean's lapdogs

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known

Blog Archives
Click on any of the links below to view Blogs from our past issues.

May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17

More Archives...

advertisements

better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Yesterday, Dean's DNC issued a press release that takes to task Bill Frist, the Senate GOP Leader, for ignoring First Lady Laura Bush's advice about not using gay marriage "as a campaign tool."

Frist and the Republicans don't really care about preventing gays from marrying, the press release argues, they're just trying to change the subject from their own political problems.



HRC's Joe Solmonese says Howard Dean shows a 'serious lack of leadership' on gay marriage. So why is Solmonese still following him?

I can't link to the DNC press release — titled "Laura Bush gets it, why doesn't Bill Frist?" — because typical of the Democrats' defense of gays, the primary target audience for the release was apparently... gays. I couldn't find the release anywhere on the DNC website.

Still, despite Dean's "serious lack of leadership" on gay marriage, Solmonese and HRC were quick to play follower. Just one hour after the DNC press release went out, HRC issued its "Amen, sister!" reply.

Titled "Senator Frist Pushing a Campaign Strategy Opposed by First Lady Laura Bush," the HRC press hits all the same talking points, accusing Frist of not talking Laura Bush's sage advice.

So besides the lapdog posture, what's the harm in HRC continuing to do Dean's Dems' bidding? Plenty.

Rather than actually defend gay families and make the case for gay marriage, HRC continues to argue that the American people don't — and shouldn't! — care about marriage equality for gay couples.

"Voters want candidates focused on soaring gas prices, a healthcare crisis and national security," Solmonese says in the release, "not putting discrimination in the United States Constitution."

What sort of gay rights strategy is it, when the attention of Americans is focused on our issues, to argue that our rights aren't important, and refuse to engage our opponents in the debate over our equality?

Sure it makes political sense for Dean and his Dems to issue stealth press releases defending us, and then have the party's senators respond to conservative attacks on our families by arguing that the issue isn't as important as rising gas prices. But what self-respecting gay rights group would echo that argument?

Can you imagine Martin Luther King, Jr., responding to an attempt to rollback the gains of the Civil Rights Movement by arguing that the issue shouldn't be debated because rising gas prices are more important?

Worse yet, HRC's lapdog strategy reeks of lacking confidence in the arguments for our own equality, and most Americans can see right through it. Solmonese hasn't even gotten the HRC party line down right. Because he's following the DNC's lead, he swoons for the first lady, whose views on the subject show she "has her finger on the pulse of America."

But in 2004, the last time Congress debated amending the Constitution to ban gay marriage, Laura Bush said the exact same thing she said this time around, that it was an issue the American people wanted to debate, with sensitivity.

Only then, HRC chief Cheryl Jacques was so driven to slam anyone with the last name of Bush that she released a letter to Laura Bush slamming her for — you guessed it — trying to change the subject from the "real issues" Americans cared about, though back then it was joblessness, according to HRC's DNC keepers.

Dean's Dems and HRC keep arguing that Republicans are disingenuously changing the subject of political debate to gay marriage, but now that the subject's been changed, why would the nation's richest gay rights group try so hard to change it back?

It's one thing for Dean to calculate that it's not worth the political price to defend gay families, as longtime party activists have accused him of deciding, but what can be said about a gay rights group that's so partisan and beholden, that it would follow suit?



Posted by Chris Crain, Executive Editor| May, 16 at 11:38 PM | ccrain@window-media.com

### Don't blame Howard Dean

Ever since Howard Dean went on Pat Robertson's TV show last week and inaccurately proclaimed the Democratic Party platform called for "marriage between a man and a woman," the party chair has received a chorus of condemnation from gay rights groups and even gay Democrats.

Patrick Guerriero, the Log Cabin Republican president, was predictably caustic, quipping that, "Howard Dean puts his foot in his mouth so often that he should open a pedicure wing in the DNC."

That was actually charitable, given that Dean's pronouncement on "The 700 Club" wasn't another of his famous slips of the tongue;

# express expressgaynews.com
### all the news for your *life* and your **style.**

- HOME
- CLASSIFIEDS

- THE LATEST
- EXPRESSWIRE
- EXPRESSBLOG

**NEWS**
- LOCAL NEWS
- NATIONAL NEWS
- WORLD NEWS
- LEGAL NEWS

- VIEWPOINT
- LOCAL LIFE
- EXTRA

- BITCH SESSION

**EMAIL UPDATES**
New to email
updates? Then **click
here** to find out more.

**email address**

subscribe

unsubscribe

☐ I have read and
agree to our **terms
and conditions**.

Sign Up

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT EXPRESS
- MASTHEAD
- EMPLOYMENT

# NATIONAL NEWS

## More National News
### HRC finds more U.S. companies enacting pro-trans policies
*Friday, September 23, 2005*

WASHINGTON — American companies made significant improvements in equality for transgender employees in the past year, according to the recently released Human Rights Campaign Foundation's 2005 Corporate Equality Index. The HRC's corporate index report rates U.S. corporations based on the equality they provide regarding gay, lesbian, bisexual and transgendered workers. "Corporate America is ahead of the government in providing equal treatment for GLBT people because it knows that fairness is good for business," HRC President Joe Solmonese said in the report. The group gave 101 companies its highest positive rating this year, an 80 percent increase from a year ago, Solmonese noted. Compared to only 59 in 2004, a total of 113 firms rated by the index now have trans-inclusive anti-bias protections. Solmonese also noted that 5.6 million people work at the 101 companies that score 100 percent on the index, compared to 690,000 people employed by the 13 companies that attained that score in 2002. HRC rates companies based on factors including: having "sexual orientation" in primary written nondiscrimination policies; including "gender identity" or "gender identity and/or expression" in their primary written nondiscrimination policy; offering health insurance coverage to gay partners; marketing appropriately to gays; and offering diversity training.

## Ark. school board rescinds move on gay-themed books

FAYETTEVILLE, Ark. (AP) — Fayetteville students will have access to three books previously removed from school library shelves when a mother complained that they were sexually explicit and promoted homosexuality. The Fayetteville School Board decided last week to allow age-appropriate students access to "It's Perfectly Normal," "It's So Amazing" and "A Teenage Guy's Guide to Survival," while also instructing the school superintendent to form a committee to review the book selection process. The board decision voided its action in May to put the books in the "parent library" and restrict student access to them. Laurie Taylor, a mother of



**Joe Solmonese**, president of the Human Ri[...] said the newly released 2005 Corporate Equ[...] shows U.S. companies improved significantl[...] in boosting equality for gay workers. (Photo [...] Lawidjaja)

 **del.icio.us**     Digg This Story

((● Sound Off about this articl[...]

🖩 **Printer-friendly Version**

📧 **E-Mail this story**

🔍 **Search Express**

**MORE NATIONAL NEWS**

More National News
N.J. approves civil unions, trans nor[...] discrimination laws

Coming out didn't hurt career, Kolbe s[...]
Retiring gay GOP congress-man say[...] out changed his life

OutGames millions in debt, but planni[...] events
Some doubt viability of two gay spc[...] competitions

advertisement

EXHIBIT 24

WHERE TO FIND THE BLADE    **FRIDAY, JUNE 9, 2006**

# new york Blade   newyorkblade.com
*all the news for your life and your style.*

· HOME

· **THE LATEST**
· **BLADEWIRE**
· **BLADEBLOG**

· **NEWS**
· **VIEWPOINT**
· **ARTS**
· **ABOUT US**
· **PERSONALS**
· **LISTINGS**

· **BITCH SESSION**
· **CALENDARS**
· **CARTOONS**

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

**email address**

◉ subscribe
○ unsubscribe
☐ I have read and
agree to our terms
and conditions.

[Sign Up]

**ADVERTISING**
· **GENERAL INFO**
· **E-EDITION**
· **MARKETING**

**ABOUT US**
· **ABOUTNYBLADE**
· **MASTHEAD**
· **EMPLOYMENT**

## NYBLADE BLOG

### A grace-less gay ending

The series finale of NBC's groundbreaking gay sitcom "Will & Grace" on Thursday, May 18, was such a piece of crap that it has ruined the memory of the comedy forever. While the one-hour retrospective before the show buttered viewers up with fond memories of when the show was one of the most dependably funny on network television, the one-hour final episode did nothing to cement that legacy in viewers minds. P.S., this article is going to give away the plot of the episode, so if you have it on TiVo and haven't watched it yet don't waste your time and TiVo memory space and just keep reading.

The problem with the episode is exemplified in the rendition of "Unforgettable" that Karen (Megan Mullally) and Jack (Sean Hayes) sang at the end of the show. I kept waiting for the zany duo to change the lyrics or the tune or bust into a Cher cover to make it into a joke, but the joke never came. They just sung the song. And they did it with non-ironic sincerity. It's like they forgot the second syllable in sitcom is an abbreviation of comedy.



The cast of NBC's 'Will & Grace,' — Sean Hayes (left), Debra Messing, Eric McCormack and Megan Mullally — went out with a whimper for the show's final episode. (Photo courtesy of NBC)

While the dream sequence that kicked the hour off wasn't too bad — Grace (Debra Messing) in that track suit was a fabulous sight — the earnestness of the rest of the hour was horrible. Instead of giving the gang of four one more zany adventure and tying up the loose ends from the season, show creators Max Mutchnick and David Kohan decided to map out the rest of the character's lives until they died (probably of boredom, like many viewers did during the telecast).

And that's where the horrible flash forwards and coincidental plot developments come in. Skip ahead two years, Will (Eric McCormack) and Grace are fighting. Forward again, they've reconciled and over each other. Get into the time machine again and Grace's daughter meets Will's son (birthed from a surrogate, natch) in college the same way the dynamic duo met and then get married, in turn reuniting the fag with his hag after decades of being out of touch. How fucking lame!

Then Karen inexplicably loses her money and Jack has to do it with Beverly Leslie (gay actor Leslie Jordan) to keep the freeloading duo afloat. Where did that come from and why was it necessary?

The wonderful gay series "Six Feet Under" used a similar tactic when it ended after five seasons last summer. Claire (Lauren Ambrose) leaves her family behind and imagines who each of the characters on the show will die. Not only did it fit in perfectly with the trope that began each episode of the series, but was in turns funny, heart-breaking and sublimely beautiful. It was the most perfectly satisfying ending for the beloved show.

In fact, it was just the opposite of the "Will & Grace" finale, which was such a self-serious mess, that it's hard to remember why audiences tuned into it in the first place.



Posted by Brian Moylan, Features Editor for the Washington Blade| May, 19 at 4:16 PM | bmoylan@washblade.com

### Howard Dean's lapdogs

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?

Yesterday, Dean's DNC issued a press release that takes to task Bill Frist, the



HRC's Joe Solmonese says Howard Dean shows a 'serious lack of leadership' on gay marriage. So why is Solmonese still following him?

**Blog Archives**
Click on any of the links below to view Blogs from our past issues.

May 7 - 13
May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10

More Archives...

advertisements



SUBSCRIBE
to GENRE Mag
for only $7.97
Click here to
Save $46.92 off
the cover price



Get your free copy from SmarterTravel's expert editor Jessica Labrencis and learn:

• Where to compare fares
• How to book a last minute fare
• When to use flexible travel dates

Get your FREE COPY of Insider Airfare Secrets now!

New York Blade Online                                                                                          Page 1

MONDAY, JUNE 12, 2006

**new york Blade  newyorkblade.com**
all the news for your **life** and your **style.**

HOME

THE LATEST
BLADEWIRE
BLADEBLOG

NEWS
VIEWPOINT
ARTS
ABOUT US
PERSONALS
LISTINGS

BITCH SESSION
CALENDARS
CARTOONS

MAIL UPDATES
News updates
no wait til the click
here or one of our more

email address

○ subscribe
○ unsubscribe
□ I have read and
agree to our terms
and conditions.

[Sign Up]

ADVERTISING
GENERAL INFO
E-EDITION
MARKETING

ABOUT US
ABOUT NYBLADE
MASTHEAD
EMPLOYMENT

# NYBLADE BLOG

**Howard Dean's lapdogs**

Some readers were incredulous with my claim yesterday that the Human Rights Campaign is taking marching orders from the Democratic National Committee, especially after Howard Dean, the party chair, misrepresented the Democrats' position on gay marriage during an appearance on Pat Robertson's "700 Club."

True, HRC issued an angry press release after Dean's dalliance with evangelical conservatives, slamming his "serious lack of leadership" on the issue of gay marriage.

"As we face a Senate vote in June that threatens to put discrimination in our Constitution," HRC chief Joe Solmonese is quoted as saying, "Governor Dean should not only have known better, but he should have used the opportunity to speak out about the lack of values involved in the current constitutional debate."

So why, just days later, is Solmonese still following leaderless Dean, and avoiding a debate on the values at stake in allowing gays to marry?



HRC's Joe Solmonese says Howard Dean shows a 'serious lack of leadership' on gay marriage. So why is Solmonese still following him?

Yesterday, Dean's DNC issued a press release that takes to task Bill Frist, the Senate GOP Leader, for ignoring First Lady Laura Bush's advice about not using gay marriage "as a campaign tool."

Frist and the Republicans don't really care about preventing gays from marrying, the press release argues, they're just trying to change the subject from their own political problems.

I can't link to the DNC press release — titled "Laura Bush gets it, why doesn't Bill Frist?" — because typical of the Democrats' defense of gays, the primary target audience for the release was apparently... gays. I couldn't find the release anywhere on the DNC website.

Still, despite Dean's "serious lack of leadership" on gay marriage, Solmonese and HRC were quick to play follower. Just one hour after the DNC press release went out, HRC issued its "Amen, sister!" reply.

Titled "Senator Frist Pushing a Campaign Strategy Opposed by First Lady Laura Bush," the HRC press hits all the same talking points, accusing Frist of not talking Laura Bush's sage advice.

So besides the lapdog posture, what's the harm in HRC continuing to do Dean's Dems' bidding? Plenty.

Rather than actually defend gay families and make the case for gay marriage, HRC continues to argue that the American people don't — and shouldn't! — care about marriage equality for gay couples.

"Voters want candidates focused on soaring gas prices, a healthcare crisis and national security," Solmonese says in the release, "not putting discrimination in the United States Constitution."

What sort of gay rights strategy is it, when the attention of Americans is focused on our issues, to argue that our rights aren't important, and refuse to engage our opponents in the debate over our equality?

Sure it makes political sense for Dean and his Dems to issue stealth press releases defending us, and then have the party's senators respond to conservative attacks on our families by arguing that the issue isn't as important as rising gas prices. But what self-respecting gay rights group would echo that argument?

Can you imagine Martin Luther King, Jr., responding to an attempt to rollback the gains of the Civil Rights Movement by arguing that the issue shouldn't be debated because rising gas prices are more important?

Worse yet, HRC's lapdog strategy reeks of lacking confidence in the arguments for our own equality, and most Americans can see right through it. Solmonese hasn't even gotten the HRC party line down right. Because he's following the DNC's lead, he swoons for the first lady, whose views on the subject show she "has her finger on the pulse of America."

But in 2004, the last time Congress debated amending the Constitution to ban gay marriage, Laura Bush said the exact same thing she said this time around, that it was an issue the American people wanted to debate, with sensitivity.

Only then, HRC chief Cheryl Jacques was so driven to slam anyone with the last name of Bush that she released a letter to Laura Bush slamming her for — you guessed it — trying to change the subject from the "real issues" Americans cared about, though back then it was joblessness, according to HRC's DNC keepers.

**Blog Archives**
Click on any of the links below to view Blogs from our past issues.

May 14 - 20
May 21 - 27
May 28 - Jun 3
June 4 - 10
June 11 - 17

More Archives...

advertisements

EXHIBIT 25

New York Blade Online

WHERE TO FIND THE BLADE

**THURSDAY, AUGUST 10, 2006**




new york **Blade**     **newyorkblade.com**
all the news for your life and your style.

GayHotelDiscounts.com
Click here to find Gay Friendly Hotels
and Great Gay Travel Deals!

- HOME

- THE LATEST
- BLADEWIRE
- BLADEBLOG

- NEWS
- VIEWPOINT
- ARTS
- ABOUT US

**EMAIL UPDATES**
New to email
updates? Then click
here to find out more.

**email address**

subscribe

unsubscribe

☐ I have read and
agree to our terms
and conditions.

Sign Up!

**ADVERTISING**
- GENERAL INFO
- E-EDITION
- MARKETING

**ABOUT US**
- ABOUT NYBLADE
- MASTHEAD
- EMPLOYMENT

# PRIDE

### New York Pride - 2005
**Photos from pride by Rudy K. Lawidjaja**
Friday, June 24, 2005





















📢 **Sound Off about this article**

🖨 **Printer-friendly Version**

✉ **E-Mail this story**

🔍 **Search the Blade**

advertisement



The New York Public Library

**Art &
Activism**
Contemporary LGBT
Arts and Protest

A series of programs and films at
The New York Public Library
and The Lesbian, Gay, Bisexual &
Transgender Community Center

The Lesbian, Gay,
Bisexual & Transgender
Community Center



**Ask**.com

**Use tools. Feel human.**

hybrid cars    Search

Expand Your Search     Narrow Your Search
Car Pollution          Toyota Prius
Green Energy           Honda Insight
EPA                    Hybrid Cars Pros and Cons
                       More »        More »

New York Blade Online

http://www.nyblade.com/2005/6-24/locallife/Pride/pridepics.cfm

**Opt In Email Marketing**
Create & send eye-catching emails. Get a 60-day free trial.

**Forget Email Marketing**
Deliver 100,000 targeted prospects to your site starting in 24 hours.

# New York Pride - 2005/nyp00001.jpg

<u>Previous</u> | <u>Home</u> | <u>Next</u>



EXHIBIT 26

# Lutzker ✪ Lutzker LLP

1233 20th Street, NW
Suite 703
Washington, DC 20036

tel 202.408.7600
fax 202.408.7677

www.lutzker.com

October 5, 2006

<u>VIA EMAIL AND REGISTERED MAIL</u>

Kevin Naff
Editor
Washington Blade
1408 U Street, NW
Second Floor
Washington, DC 20009
(202) 797-7000, ext. 251

Re:    Freelance Agreement with Photographer Rudy Lawidjaja

Dear Mr. Naff:

Please be advised that Mr. Rudy Lawidjaja has retained this firm as counsel in connection with his freelance agreement with the Washington Blade ("the Blade") and the copyright issues associated with use of his photographs by the Blade and through it, its parent company, Window Media LLC, and sister publications, the Southern Voice, the New York Blade, the Houston Voice, and the Express Gay News. Briefly, on or about October 11, 2004, Mr. Lawidjaja agreed to take on photographic assignments for the Washington Blade. He was told in an email that he would be paid at the rate of $10.00 for each assignment and $15.00 per published photograph. According to another email from Ms. Rhonda Smith dated October 19, 2004, the Blade's policy is that free-lancers retain rights to all of their works, which is consistent with the requirements of the U.S. Copyright Act of 1976, as amended, 17 U.S.C. §101. This arrangement remained in effect until November 2005, when Mr. Lawidjaja advised the Blade he would no longer take on assignments and he was otherwise terminating the business relationship.

As we interpret the Blade's arrangement with Mr. Lawidjaja, it was a nonexclusive license for one time publication only, provided that the Blade complied with the compensation terms of the agreement. Based on the material we have reviewed, it appears that the Blade failed to comply with the terms of understanding and the law in several respects:

1.    The Blade did not compensate Mr. Lawidjaja for all of the assignments he undertook or for all of the photographs used.

Kevin Naff
Editor
Washington Blade
October 5, 2006
Page 2 of 4

2.     The Blade reused images repeatedly without notice or compensation.

3.     The Blade failed to provide credit to Mr. Lawidjaja on all photographs displayed in print and on-line.

4.     The Blade threatened Mr. Lawidjaja with legal action if he allowed another publication to use his images, asserting ownership of the copyright in contravention of prior Blade management statements and the copyright law.

5.     The Blade shared images with sister publications of the Blade without notification, clearance or payment to Mr. Lawidjaja.

6.     The Blade re-used and continues to use Mr. Lawidjaja's photographic images in its website publications, blogs, and in its sister publications, after November 2005, in violation of Mr. Lawidjaja's copyrights.

7.     The Blade has failed to provide Mr. Lawidjaja with itemized statements of use of images and has failed to provide him with IRS Form 1099, as required by law.

The following is a partial listing of particular infringements we have identified:

1.     The New York Blade's online website displays 49 of Mr. Lawidjaja's photographs taken in June 2005 under the caption "New York Pride 2005." All of these images were used and continue to be used without our client's permission and without compensation. Moreover, while the photographs appear initially as thumbnails, each can be enlarged and downloaded and printed for personal viewing and use.

2.     The Blade's May 16, 2006 online blog uses several of Mr. Lawidjaja's images, including a ballet photograph and a picture of Joe Solmonese.

3.     The Online blogs of sister-publications the Southern Voice, the New York Blade, the Houston Voice, and the Express Gay News also reproduce the Joe Solmonese image for use online.

4.     The Blade's June 8, 2006 online edition uses Mr. Lawidjaja's Capital Pride photographs in the local news section and in the index cover.

5.     The Blade's June 15, 2006 online edition uses two of Mr. Lawidjaja's photographs of Jim Graham.

6.     A photograph of Sergeant Brett Parsons appeared in the February 17, 2006 online version of the Washington Blade.

7.     A photograph of Darlene Nipper appeared in the March 31, 2006 online version of the Washington Blade.

Please be advised that Mr. Lawidjaja owns all rights to his photographs, and he has registered these works with the U.S. Copyright Office. The uncompensated assignments and publications of our client's photographs during the term of contract constituted a breach of contract, and the unauthorized re-use and distribution of the images for further publication by sister companies of the Blade constitute copyright infringement.

Kevin Naff
Editor
Washington Blade
October 5, 2006
Page 3 of 4

While Mr. Lawidjaja did receive compensation for a limited number of the images used by the Blade, on no fewer than three occasions, our client requested statements itemizing each use of his work so he could verify the nature and rate of compensation. He never received any such itemization or statement, nor did he receive a Form 1099 for payments made in 2005 that is required for tax purposes. To make matters worse, we have been advised that, generally, every check payment that our client did receive for his work arrived late and in lump sums, so he was unable to identify the specific uses of his work that the checks covered. This also made it impossible for him to determine whether he was underpaid for uses or simply uncompensated, particularly when no byline or credit for the photograph was provided.

Based on our analysis, we conclude that the Blade is in breach of contract and in violation of copyright law and The Lanham Act, 15 U.S.C. §1125(a). As you are aware, damages for violation of an author's copyright is set by statute as actual damages and an accounting of profits or statutory fees of $750-30,000 per image infringed, and up to $150,000 in cases of willful infringement. Furthermore, in an action for infringement, a copyright owner is also entitled to injunctive relief and reasonable attorneys' fees. Under certain circumstances, damages under The Lanham Act may be trebled and attorneys fees awarded. Additionally, pursuant to the Online Service Provider Limitation on Liability Act, 17 U.S.C. § 512, part of the Digital Millennium Copyright Act, a copyright owner may notify an OSP that online infringement of copyrights subject the service provider to liability unless the infringing matter is taken down promptly upon notification.

We will advise our client respecting all rights and remedies to which he is entitled under contract or law. Based on the contractual violations and copyright infringements, it is our view that our client is entitled to substantial compensation. We are prepared to proceed in this matter in a responsible and deliberate manner, provided that the Blade and its parent and sister companies immediately indicate a willingness to rectify the past problems, diligently proceed with a fair accounting of all identified uses of his photographs, immediately provide Mr. Lawidjaja with a Form 1099 and otherwise show an intention promptly to address the abuses of the past. We will seek only a short timeline for addressing these matters on a negotiated basis.

We also caution the Blade and its management and sister companies that any attempt to alter files or records will be treated as evidence of intentional infringement and shall cause us to seek immediate injunctive relief and maximum damages under copyright law and The Lanham Act. Our client remains open to addressing matters without resort to legal action, but please be advised that we shall pursue our client's rights aggressively if we are unable to reach a fair settlement.

Kevin Naff
Editor
Washington Blade
October 5, 2006
Page 4 of 4

Please ask your attorney to call me at 202-408-7600 Ext. 1 immediately upon receipt of this letter.

Sincerely,

Arnold P. Lutzker

cc: Peter Polimino, President, Window Media LLC
    Jake Spencer, Publisher, The Washington Blade

E
07-104
RWR

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Rudy Lawidjaja

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Montgomery, MD
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Arnold P. Lutzker
Lutzker & Lutzker LLP
1233 20th St. NW, Suite 703
Washington, DC 20036
(202) 408-7600

**DEFENDANTS**

The Washington Blade, Window Media LLC and
Unite Media LLC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Washington, DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTOR
Cynt
Cour
1384
Atlan

CASE NUMBER   1:07CV00104

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 01/16/2007

JURY
ACTION

---

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

◉ 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** FOR PLAINTIFF AND (

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

◉ **E. General Civil (Other)**          **OR**          ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth-In-Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ○  G. *Habeas Corpus/ 2255* | ○  H. *Employment Discrimination* | ○  I. *FOIA/PRIVACY ACT* | ○  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>    (criteria: race, gender/sex,<br>    national origin,<br>    discrimination, disability<br>    age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>    (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>    Student Loans<br>    (excluding veterans) |

| ○  K. *Labor/ERISA (non-employment)* | ○  L. *Other Civil Rights (non-employment)* | ○  M. *Contract* | ○  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>    Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>    Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>    Employment<br>☐ 446 Americans w/Disabilities-<br>    Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>    Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>    Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>    (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

17 U.S.C. §101 Defendants have infringed Plaintiff's copyrights in and relating to his photographic works.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** in excess of $100,000 | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☒   NO ☐ |

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

**DATE** 01/16/07   **SIGNATURE OF ATTORNEY OF RECORD** _(signature)_

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.