# United States District Court
# For the District of Columbia

Rudy Lawidjaja

        Plaintiff(s)  )
)
)
)
        vs.  )
The Washington Blade, et al  )
)
        Defendant(s)  )

**APPEARANCE**

CASE NUMBER    1:07CV00104

To the Clerk of this court and all parties of record:

Please enter the appearance of  Barbara I. Berschler  as counsel in this
        (Attorney's Name)

case for:  Rudy Lawidjaja
        (Name of party or parties)

January 22, 2007
Date

*/s/ Barbara I. Berschler*
Signature

Barbara I. Berschler
Print Name

268524
BAR IDENTIFICATION

1700 Rockville Pike, Suite 400
Address

Rockville,     MD     20852
City    State    Zip Code

301-962-8580
Phone Number