AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RUDY LAWIDJAJA

        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER
THE WASHINGTON BLADE, WINDOW MEDIA LLC and  )
UNITE MEDIA LLC  )
)
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jeannette H. Maurer   as counsel in this
                            (Attorney's Name)

case for:   Rudy Lawidjaja
            (Name of party or parties)

01/16/07
Date

*[Signature]*
Signature

500586
BAR IDENTIFICATION

Jeannette H. Maurer
Print Name

1233 20th St., NW, Suite 703
Address

Washington, DC 20036
City         State         Zip Code

(202) 408-7600
Phone Number