IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY LAWIDJAJA )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE WASHINGTON BLADE; *et al.* )<br>)<br>)<br>Defendants. )<br>)<br>) | CASE NUMBER: 1:07CV00104<br>Hon. Richard W. Roberts |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, The Washington Blade, Window Media LLC, and Unite Media LLC, by counsel, and with the consent of Plaintiff Rudy Lawidjaja, respectfully move this Court for an extension of time to file an answer or other responsive pleading to the Complaint, and state:

1. Plaintiff filed the Complaint on January 16, 2007 and served the Complaint on each defendant, as follows: (a) The Washington Blade was served on or about January 18, 2007; (b) Window Media LLC was served on or about January 23, 2007; and (c) Unite Media LLC was served on or about January 18, 2007.

2. The Defendants request an extension of time until March 9, 2007 to answer, assert a counterclaim or move in response to the Complaint.

3. Counsel for Plaintiff, Arnold P. Lutzker, Esquire, of Lutzker & Lutzker, LLP, has consented to the relief sought herein.

WHEREFORE, Defendants, with the consent of Plaintiff, respectfully move this Court for an extension of time to March 9, 2007, to file an answer, assert a counterclaim or otherwise move in response to the Complaint. A proposed order is attached.

DC #272138 v1

Date: February 8, 2007						Respectfully submitted,

								THELEN, REID, BROWN, RAYSMAN
								   STEINER, LLP


								By: _____
								David Kelleher (D.C. Bar # 388661)
								Michael McNamara (D.C. Bar # 493773)
								701 Eighth Street, N.W.
								Washington, DC 20001
								Tel: (202) 508-4000
								Fax: (202) 508-4321
								*Attorney for Defendants The Washington
								Blade, Window Media, LLC, and Unite Media
								LLC*


Of Counsel:  Anne Pitter, Esq.
             THELEN, REID, BROWN, RAYSMAN
                & STEINER, LLP
             900 Third Avenue
             New York, NY 10022-4728
             Tel: (212) 895-2000
             Fax: (212) 895-2900

DC #272138 v1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY LAWIDJAJA )<br>)<br>)<br>Plaintiff, )<br>) CASE NUMBER: 1:07CV00104<br>vs. ) Hon. Richard W. Roberts<br>)<br>THE WASHINGTON BLADE; et al. )<br>)<br>)<br>Defendants. )<br>)<br>) | |

### ORDER

Upon consideration of the consent motion filed by Defendants The Washington Blade, Window Media LLC, and Unite Media LLC for an extension of time to answer the Complaint, and the record in this case, it is hereby

ORDERED that the consent motion is GRANTED, and it is further

ORDERED that Defendants The Washington Blade, Window Media LLC, and Unite Media LLC shall have until March 9, 2007 to file an Answer, assert a counterclaim, or otherwise move in response to the Complaint.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE