IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
RUDY LAWIDJAJA                      )
                                    )
                                    )
                  Plaintiff,        )
                                    )   CASE NUMBER: 1:07CV00104
         vs.                        )   Hon. Richard W. Roberts
                                    )
THE WASHINGTON BLADE; et al.        )
                                    )
                  Defendants.       )
_____)

**NOTICE OF APPEARANCE OF BYRON L. PICKARD**

Please take notice that Byron L. Pickard, an attorney with the law firm of Thelen Reid Brown Raysman & Steiner LLP, hereby enters his appearance on behalf of the Defendants, The Washington Blade, Window Media LLC, and United Media LLC in the above-captioned matter. Service of all pleadings, papers, and documents in this action upon the Defendants should be served through its existing counsel and include:

> Byron L. Pickard (DC Bar No. 499545)
> Thelen Reid Brown Raysman & Steiner LLP
> 701 Eighth Street, N.W.
> Washington, DC 20001
> Telephone: (202) 508-4152
> bpickard@thelen.com.

Date: May 24, 2007                         _____/s/ Byron L. Pickard_____
                                           David L. Kelleher (D.C. Bar # 388661)
                                           Byron L. Pickard (D.C. Bar # 499545)
                                           701 Eighth Street, N.W.
                                           Washington, DC 20001
                                           Tel: (202) 508-4000
                                           Fax: (202) 508-4321
                                           *Attorneys for Defendants The Washington Blade, Window Media, LLC, and Unite Media LLC*