IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY LAWIDJAJA<br><br>Plaintiff,<br><br>vs.<br><br>THE WASHINGTON BLADE; et al.<br><br>Defendants. | CASE NUMBER: 1:07CV00104<br>Hon. Richard W. Roberts |

## NOTICE OF WITHDRAWAL OF MICHAEL S. MCNAMARA

Please take notice that Michael S. McNamara, an attorney with the law firm of Thelen Reid Brown Raysman & Steiner LLP, hereby withdraws his appearance in this matter on behalf of the Defendants, The Washington Blade, Window Media LLC, and Unite Media LLC. The Defendants will continue to be represented in this matter by David L. Keller and Byron L. Pickard of Thelen Reid Brown Raysman & Steiner LLP. As reflected by the signature of their representative below, all Defendants consent to Mr. McNamara's withdrawal.

Date: June 12, 2007

/s/ Michael S. McNamara
David L. Kelleher (D.C. Bar # 388661)
Michael S. McNamara (D.C. Bar #493773)
Byron L. Pickard (D.C. Bar # 499545)
701 Eighth Street, N.W.
Washington, DC 20001
Tel: (202) 508-4000
Fax: (202) 508-4321
*Attorneys for Defendants The Washington Blade, Window Media, LLC, and Unite Media LLC*

*[signature]*

Peter Polimino
Client Representative
The Washington Blade
Window Media LLC
Unite Media LLC