IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUDY K. LAWIDJAJA,**<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>**THE WASHINGTON BLADE, ET AL.,**<br><br>　　　　　　Defendants. | Civil Action No. 07-0104 (RWR) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

　　PLEASE TAKE NOTICE that the undersigned will appear as counsel in this action on behalf of defendants The Washington Blade, Window Media LLC, and Unite Media LLC.  The undersigned hereby certifies that he is admitted to practice in this Court.


Dated:  August 8, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　/s/ John B. O'Keefe
　　　　　　　　　　　　　　　　　　　　John B. O'Keefe, D.C. Bar No. 974892

　　　　　　　　　　　　　　　　　　LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
　　　　　　　　　　　　　　　　　　1050 Seventeenth Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　Washington, D.C.  20036-5514
　　　　　　　　　　　　　　　　　　Telephone: (202) 508-1100
　　　　　　　　　　　　　　　　　　Facsimile: (202) 861-9888
　　　　　　　　　　　　　　　　　　Email: jokeefe@lskslaw.com