IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUDY K. LAWIDJAJA,**<br><br>               Plaintiff,<br><br>    vs.<br><br>**THE WASHINGTON BLADE, ET AL.,**<br><br>               Defendants. | Civil Action No. 07-0104 (RWR) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned will appear as counsel in this action on behalf of defendants The Washington Blade, Window Media LLC, and Unite Media LLC. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: August 8, 2007

Respectfully submitted,

By: /s/ Nathan E. Siegel
Nathan E. Siegel, D.C. Bar No. 446253

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514
Telephone: (202) 508-1100
Facsimile: (202) 861-9888
Email: nsiegel@lskslaw.com