IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY LAWIDJAJA<br>139a Chevy Chase Street<br>Gaithersburg, MD 20878<br><br>Plaintiff,<br><br>v.<br><br>THE WASHINGTON BLADE<br>1408 U Street, NW<br>Washington, D.C. 20009<br><br>WINDOW MEDIA LLC<br>1408 U Street, NW<br>Washington, D.C. 20009<br><br>and<br><br>UNITE MEDIA LLC<br>333 Seventh Avenue<br>New York, NY 10001<br><br>Defendants. | Case No. 1:07CV00104<br><br>Hon. Richard W. Roberts |

## **CONSENT NOTICE**

Plaintiff, Rudy Lawidjaja, through his undersigned counsel, and Defendants, The Washington Blade, Window Media LLC, and Unite Media, LLC, through their undersigned counsel, hereby respectfully notify the Court of their agreement to extend all expert witness designation deadlines by three weeks as follows:

(a) The deadline for Plaintiff's expert witness designations shall be extended to September 7, 2007.

    (b)    The deadline for Defendants' expert witness designations shall be extended to October 8, 2007.

The deadline of October 31, 2007 for the close of the discovery period shall not change.

                                   Respectfully submitted,

Dated: August 16, 2007            LUTZKER & LUTZKER LLP

                              By:  /s/  Arnold P. Lutzker_____
                                   Arnold P. Lutzker (Bar No. 101816)
                                   Jeannette M. Carmadella (Bar No. 500586)
                                   1233 20th St., NW, Suite 703
                                   Washington, DC 20036
                                   Tel.: 202-408-7600
                                   Fax: 202-408-7677
                                   *Attorneys for Plaintiff*

Dated: August 16, 2007            LEVINE SULLIVAN KOCH & SCHULZ LLP

                              By:  /s/  John O'Keefe_____
                                   John O'Keefe
                                   Nathan Siegel
                                   1050 17th St., NW, Suite 800
                                   Washington, DC 20036
                                   Tel.: 202-508-1100
                                   Fax: 202-861-9888
                                   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Consent Notice was served by electronic mail and U.S. first-class mail delivery, this 16th day of August, 2007, on the following counsel of record:

> John O'Keefe, Esq.
> Nathan Siegel, Esq.
> Levine, Sullivan, Koch & Schulz, LLP
> 1050 17th St., NW, Suite 800
> Washington, DC 20036

/s/ Arnold P. Lutzker_____