IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY K. LAWIDJAJA,<br><br>            Plaintiff,<br><br>vs.<br><br>THE WASHINGTON BLADE, ET AL.,<br><br>            Defendants. | Civil Action No. 07-0104 (RWR) |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(b), David L. Kelleher and Byron L. Pickard, attorneys with the law firm of Thelen Reid Brown Raysman & Steiner LLP, hereby withdraw their appearance in this matter on behalf of defendants The Washington Blade, Window Media LLC, and Unite Media LLC. Defendants will continue to be represented by Nathan E. Siegel and John B. O'Keefe of Levine Sullivan Koch & Schulz, L.L.P.

    As reflected by the signature of their representative below, all Defendants consent to the withdrawal of Mr. Kelleher and Mr. Pickard.

Date: August 31, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ LLP

By:  /s/_____
Nathan E. Siegel (D.C. Bar No. 446253)
John B. O'Keefe (D.C. Bar No. 974892)

1050 Seventeenth Street, NW, Suite 800
Washington, DC 20036
Telephone: (202) 508-1100
Facsimile: (202) 861-9888

THELEN REID BROWN RAYSMAN &
STEINER LLP

By: /s/
David L. Kelleher (D.C. Bar No. 388661)
Byron L. Pickard (D.C. Bar No. 499545)

701 Eighth Street, N.W.
Washington, DC 20001
Telephone: (202) 508-4000
Facsimile: (202) 508-4321

*Counsel for Defendants*

David Unger
Client Representative
The Washington Blade
Window Media LLC
Unite Media LLC