IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


_____
                                                    )
RUDY LAWIDJAJA                                      )
139a Chevy Chase Street                             )
Gaithersburg, MD 20878                              )
                                                    )     Case No. 1:07CV00104
Plaintiff,                                          )
                                                    )     Hon. Richard W. Roberts
v.                                                  )
                                                    )
THE WASHINGTON BLADE                                )
1408 U Street, NW                                   )
Washington, D.C. 20009                              )
                                                    )
WINDOW MEDIA LLC                                    )
1408 U Street, NW                                   )
Washington, D.C. 20009                              )
                                                    )
 and                                                )
                                                    )
UNITE MEDIA LLC                                     )
333 Seventh Avenue                                  )
New York, NY 10001                                  )
                                                    )
Defendants.                                         )
_____)


**CONSENT NOTICE**

        Plaintiff, Rudy Lawidjaja, through his undersigned counsel, and Defendants, The

Washington Blade, Window Media LLC, and Unite Media, LLC, through their

undersigned counsel, hereby respectfully notify the Court of their agreement to extend all

expert witness designation deadlines by an additional week as follows:


        (a)     The deadline for Plaintiff's expert witness designations shall be extended

                to September 17, 2007.

(b)     The deadline for Defendants' expert witness designations shall be

extended to October 18, 2007.

The deadline of October 31, 2007 for the close of the discovery period shall not

change.

Respectfully submitted,

Dated: September 07, 2007          LUTZKER & LUTZKER LLP

By:   /s/   Arnold P. Lutzker_____
      Arnold P. Lutzker (Bar No. 101816)
      Jeannette M. Carmadella (Bar No. 500586)
      1233 20th St., NW, Suite 703
      Washington, DC 20036
      Tel.: 202-408-7600
      Fax: 202-408-7677
      *Attorneys for Plaintiff*

Dated: September 07, 2007          LEVINE SULLIVAN KOCH & SCHULZ LLP

By:  /s/   John O'Keefe_____
      John O'Keefe
      Nathan Siegel
      1050 17th St., NW, Suite 800
      Washington, DC 20036
      Tel.: 202-508-1100
      Fax: 202-861-9888
      *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Consent Notice was

served by electronic mail and U.S. first-class mail delivery, this 7th day of September,

2007, on the following counsel of record:

> John O'Keefe, Esq.
> Nathan Siegel, Esq.
> Levine, Sullivan, Koch & Schulz, LLP
> 1050 17th St., NW, Suite 800
> Washington, DC 20036

> /s/ Arnold P. Lutzker_____