IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUDY K. LAWIDJAJA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**THE WASHINGTON BLADE, ET AL.,**<br><br>　　　　　　　　**Defendants.** | Civil Action No. 07-0104 (RWR) |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

　　　　Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Civil Rule 16.1(b), the parties to this action hereby jointly move for an Order modifying the Scheduling Order entered by the Court on May, 29, 2007, so as to extend the discovery period, continue the post-discovery status conference with the Court, and reschedule the deadline for dispositive motions.  In support of their joint motion, the parties state as follows:

　　　　1.　　This civil action involves, *inter alia*, claims of breach of contract and copyright infringement by Plaintiff, a freelance photographer, against Defendants, publishers of several newspapers and magazines for the gay community.  The Complaint alleges that Defendants, who engaged Plaintiff to perform freelance photography work in 2004 and 2005, failed to fully compensate Plaintiff for those services and the resulting uses of his photographs and that Defendants infringed Plaintiff's copyright in his works.  The Complaint identifies more than sixty specific works that were allegedly infringed by Defendants' publications, which it states is only a "partial list" of the alleged instances of infringement at issue.  *See* Compl. ¶¶ 27-32.

　　　　2.　　Following the initial scheduling conference with the Court on May 25, 2007, and the entry of a Scheduling Order on May 29, 2007, the parties commenced discovery and

proceeded diligently – exchanging initial disclosures, requests for documents, and interrogatories; responding to the same; and spending a considerable amount of time inspecting paper and electronic records.  Through this process, it became clear that Plaintiff's claims relate to the use of hundreds (perhaps upwards of 1,000) photographic works.  Plaintiff has inspected thousands of pages of Defendants' numerous publications, spanning nearly three years, in an effort to identify instances of reproduction of his works for which he alleges he was not fully compensated or which he alleges infringed his copyrights.  That process has consumed several weeks of the discovery period and, though largely complete, remains ongoing.  In addition, Defendants have endeavored to locate relevant documents that may be in the possession of persons whom they formerly employed.  As a result, the precise scope of this action has not been fully determined and aspects of discovery have been delayed.  Notably, the parties have yet to take any depositions because counsel agree that it would be inefficient to commence depositions prior to clarifying the universe of works that potentially are at issue and prior to completing efforts at document production.

       3.       In early August, Defendants elected to retain new counsel.  Since the undersigned defense counsel entered their appearance, discovery has continued expeditiously and productively, resulting in the recent completion of the bulk of paper discovery.  During that time, Defendants have consented twice to Plaintiff's requests for extensions of discovery-related deadlines, specifically the deadline relating to Plaintiff's designation of expert witnesses.  On September 17, Plaintiff designated an expert witness and produced a report from that expert.  By prior stipulation, Defendants' deadline for designating their experts and producing expert reports is October 18, 2007.

       4.       Pursuant to the May 29, 2007, Scheduling Order, the deadline for completion of discovery is October 31, 2007, a post-discovery status conference with the Court is scheduled for

November 2, 2007, at 9:15 a.m., and dispositive motions are due to be filed no later than November 16, 2007. Neither party has previously requested modification of these dates.

5. The parties submit that good cause exists for the modification of the Scheduling Order. Counsel have conferred and agreed to the following revisions to the Scheduling Order, which they believe will permit the parties to accomplish the remaining discovery or otherwise resolve the disputes between them:

- Defendants' expert-witness designations and production of expert reports shall be completed by no later than December 3, 2007.

- All discovery shall be completed by no later than January 11, 2008.

- Dispositive motions shall be filed by no later than February 1, 2008.

- The parties shall appear for a status conference with the Court the week of January 14, 2008, as the Court's schedule permits. Counsel are available for a conference on any day of that week; a late-morning or early afternoon conference is preferred, but counsel can accommodate other times.

WHEREFORE, the parties respectfully request that the Court enter an Order modifying the schedule for the proceedings in this action in the manner set forth above. Because the foregoing fully explicates the parties' joint request, no separate Statement of Points and Authorities accompanies this motion. Pursuant to Local Civil Rule 7(c), a Proposed Order accompanies this motion.

Respectfully submitted this 16th day of October, 2007.

| LUTZKER & LUTZKER LLP | LEVINE SULLIVAN KOCH & SCHULZ LLP |
|---|---|
| By: /s/ | By: /s/ |
| Arnold P. Lutzker (D.C. Bar #101816) | Nathan E. Siegel (D.C. Bar #446253) |
| Jeannette M. Carmadella (D.C. Bar #500586) | John B. O'Keefe (D.C. Bar #974892) |
| 1233 20th Street, NW, Suite 703 | 1050 Seventeenth Street, NW, Suite 800 |
| Washington, DC 20036 | Washington, DC 20036 |
| Telephone: (202) 408-7600 | Telephone: (202) 508-1100 |
| Facsimile: (202) 408-7677 | Facsimile: (202) 861-9888 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUDY K. LAWIDJAJA,**<br><br>             **Plaintiff,**<br><br>      **vs.**<br><br>**THE WASHINGTON BLADE, ET AL.,**<br><br>             **Defendants.** | Civil Action No. 07-0104 (RWR) |

### ORDER

Upon consideration of [___] the parties' Joint Motion for Modification of Scheduling Order, it is hereby

**ORDERED** that, good cause having been shown, the Motion is **GRANTED**; it is further

**ORDERED** that, pursuant to Rule 16(b) the Federal Rules of Civil Procedure, the Scheduling Order entered on May 25, 2007, is modified as follows:

   Defendants' expert-witness designations and production of expert reports shall be completed by December 3, 2007;

   All discovery shall be completed by January 11, 2008; and

   Any dispositive motions shall be filed by February 1, 2008;

and it is further

**ORDERED** that the status conference presently scheduled for November 2, 2007, at 9:15 a.m. is continued until January ___, 2008, at _____.

2

It is **SO ORDERED** this \_\_\_\_\_ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE