IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                             )
RUDY LAWIDJAJA                               )
                                             )        Civil Action No. 07-0104 (RWR)
                    Plaintiff,               )
                                             )
v.                                           )
                                             )
THE WASHINGTON BLADE, ET AL.,                )
                                             )
                    Defendants.              )
_____)

**<u>JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER</u>**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Civil Rule 16.1(b), the parties to this action hereby jointly move for an Order modifying the Scheduling Order entered by the Court on October 22, 2007, so as to extend the discovery period, continue the post-discovery status conference with the Court, and reschedule the deadline for dispositive motions.  In support of their joint motion, the parties state as follows:

1.    On October 22, 2007, the Court entered an Order modifying the original Scheduling Order in this case.  Pursuant to the October 22 Order, the deadline for completion of discovery is January 11, 2008, a post-discovery status conference with the Court is scheduled for January 18, 2008, and dispositive motions are due to be filed no later than February 1, 2008.  While the parties have since proceeded diligently with the discovery process, recent intervening circumstances have created a need for a second modification of the Scheduling Order.

2.    Plaintiff is a self-employed, professional freelance photographer, who is committed to professional photography assignments that require his absence from the

D.C. metro area for much of the balance of November and December, 2007, thus severely limiting his availability for Defendants' deposition before the first week in January, 2008. The parties agree that it would be most efficient to begin deposition discovery with Plaintiff's deposition, which is likely to clarify the scope of and need for other depositions.

3.    Therefore, given the personal and professional importance to Plaintiff that he fulfill his business obligations, and recognizing that his availability for a deposition prior to the first week of January, 2008, is severely constrained, the parties mutually agree to extend the discovery schedule by sixty days and defer the start of depositions until early January, 2008.

4.    The parties respectfully request the Court's permission for such an extension.

5.    The parties submit that good cause exists for the modification of the Scheduling Order.  Counsel have conferred and agreed to the following revisions to the Scheduling Order, which they believe will permit the parties to accomplish the remaining discovery or otherwise resolve the disputes between them:

- Defendants' expert-witness designations and production of expert reports shall be completed by no later than February 4, 2008.

- All discovery shall be completed by no later than March 14, 2008.

- Dispositive motions shall be filed by no later than April 4, 2008.

- The parties shall appear for a status conference with the Court the week of March 24, 2008, as the Court's schedule permits.  Counsel are available for a conference on any day of that week; a late-morning or early afternoon conference is preferred, but counsel can accommodate other times.

WHEREFORE, the parties respectfully request that the Court enter an Order modifying the schedule for the proceedings in this action in the manner set forth above.

Because the foregoing fully explicates the parties' joint request, no separate Statement of

Points and Authorities accompanies this motion.  Pursuant to Local Civil Rule 7(c), a

Proposed Order accompanies this motion.

Respectfully submitted this  16th  day of November, 2007.

| LUTZKER & LUTZKER LLP | LEVINE SULLIVAN KOCH & SCHULZ LLP |
|---|---|
| By:  /s/  Arnold P. Lutzker           <br>Arnold P. Lutzker (D.C. Bar #101816)<br>Jeannette M. Carmadella (D.C. Bar #500586) | By:  /s/  Nathan E. Siegel           <br>Nathan E. Siegel (D.C. Bar #446253)<br>John B. O'Keefe (D.C. Bar #974892) |
| 1233 20th Street, NW, Suite 703<br>Washington, DC  20036<br>Telephone: (202) 408-7600<br>Facsimile: (202) 408-7677 | 1050 Seventeenth Street, NW, Suite 800<br>Washington, DC  20036<br>Telephone: (202) 508-1100<br>Facsimile: (202) 861-9888 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| RUDY LAWIDJAJA                                 ) | Civil Action No. 07-0104 (RWR) |
| )  | |
| Plaintiff,                 ) | |
| v.                                                         ) | |
| )  | |
| THE WASHINGTON BLADE, ET AL.,       ) | |
| )  | |
| Defendants.             ) | |

_____)

## **ORDER**

Upon consideration of the parties' Joint Motion for Modification of Scheduling

Order, it is hereby

**ORDERED** that, good cause having been shown, the Motion is **GRANTED;** it is

further

**ORDERED** that, pursuant to Rule 16(b) the Federal Rules of Civil Procedure, the

Scheduling Order entered on May 25, 2007, and modified on October 22, 2007, is further

modified as follows:

Defendants' expert-witness designations and production of expert reports shall be
completed by February 4, 2008;

All discovery shall be completed by March 14, 2008; and

Any dispositive motions shall be filed by April 4, 2008;

and it is further

**ORDERED** that the status conference presently scheduled for January 18, 2008 is

continued until March ___, 2008, at _____.

It is **SO ORDERED** this _____ day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE