IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUDY LAWIDJAJA            )<br>                                          )<br>            Plaintiff,        )<br>v.                                    )<br>                                          )<br>THE WASHINGTON BLADE, ET AL.,  )<br>                                          )<br>            Defendants.    )<br>_____) | Civil Action No. 07-0104 (RWR) |

## ORDER

Upon consideration of the parties' Joint Motion for Modification of Scheduling Order, it is hereby

**ORDERED** that, good cause having been shown, the Motion is **GRANTED**; it is further

**ORDERED** that, pursuant to Rule 16(b) the Federal Rules of Civil Procedure, the Scheduling Order entered on May 25, 2007, and modified on October 22, 2007, is further modified as follows:

> Defendants' expert-witness designations and production of expert reports shall be completed by February 4, 2008;
>
> All discovery shall be completed by March 14, 2008; and
>
> Any dispositive motions shall be filed by April 4, 2008;

and it is further

**ORDERED** that the status conference presently scheduled for January 18, 2008 is continued until March 20, 2008, at 9:45 a.m.

It is **SO ORDERED** this 21 day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE