**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RUDY K. LAWIDJAJA,** | |
| **Plaintiff,** | |
| **vs.** | **Civil Action No. 07-0104 (RWR) (AK)** |
| **THE WASHINGTON BLADE, ET AL.,** | |
| **Defendants.** | |

**JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR
SETTLEMENT CONFERENCE**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Civil Rule

16.1(b), and consistent with Paragraph 8 of the case management order entered by the Court in

this action on May 29, 2007, the parties hereby jointly move for an Order staying all discovery

obligations for a period of forty-five (45) days, referring the case during that period to a

Magistrate Judge for the sole purpose of facilitating settlement discussions, and modifying the

existing discovery deadlines to accommodate the stay and referral.  In support of their joint

motion, the parties state as follows:

1.      This civil action involves, *inter alia*, claims of breach of contract and copyright

infringement by Plaintiff, a freelance photographer, against Defendants, publishers of several

newspapers and magazines for the gay community.  The Complaint alleges that Defendants, who

engaged Plaintiff to perform freelance photography work in 2004 and 2005, failed to fully

compensate Plaintiff for those services and the resulting uses of his photographs, and that

Defendants infringed and/or are infringing Plaintiff's copyright in his works.

2.      Counsel for the parties have engaged in lengthy discussions about settlement

throughout the course of the litigation, but thus far have not been able to reach an accord.

3.    With much of the paper discovery now completed and depositions scheduled to commence, the parties have agreed that a mediation session before a Magistrate Judge at this juncture has the potential to advance negotiations toward a resolution of this action.

4.    The parties have further agreed that a brief stay of discovery for forty-five (45) days to permit mediation would be appropriate in this case.

WHEREFORE, the parties respectfully request that the Court enter an Order staying all discovery obligations for a period of forty-five (45) days, referring the case during that period to a Magistrate Judge for the sole purpose of facilitating settlement discussions, and modifying the existing discovery deadlines to accommodate the stay and referral.  Because the foregoing fully explicates the parties' joint request, no separate Statement of Points and Authorities accompanies this motion.  Pursuant to Local Civil Rule 7(c), a Proposed Order accompanies this motion.

Respectfully submitted this 7th day of January, 2008.

LUTZKER & LUTZKER LLP                LEVINE SULLIVAN KOCH & SCHULZ LLP

By:  /s/                                          By:  /s/
Arnold P. Lutzker (D.C. Bar #101816)          Nathan E. Siegel (D.C. Bar #446253)
Jeannette M. Carmadella (D.C. Bar #500586)    John B. O'Keefe (D.C. Bar #974892)
    1233 20th Street, NW, Suite 703               1050 Seventeenth Street, NW, Suite 800
    Washington, DC  20036                         Washington, DC  20036
    Telephone: (202) 408-7600                     Telephone: (202) 508-1100
    Facsimile: (202) 408-7677                     Facsimile: (202) 861-9888

*Counsel for Plaintiff*                        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUDY K. LAWIDJAJA,

                Plaintiff,

    vs.

THE WASHINGTON BLADE, ET AL.,

                Defendants.

Civil Action No. 07-0104 (RWR) (AK)

## ORDER

Upon consideration of the parties' Joint Motion for Modification of Scheduling Order, it is hereby

**ORDERED** that, good cause having been shown, the Motion is **GRANTED**; it is further

**ORDERED** that that this matter shall be referred to Magistrate Judge _____ for a period of forty-five (45) days ("the referral period") for the sole purpose of facilitating settlement discussions; it is further

**ORDERED** that, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, all discovery obligations shall be **STAYED** during the referral period; it is further

**ORDERED** that, should the parties fail to reach a settlement during referral period, the schedule in this action will be modified as follows:

- Defendants' expert-witness designations and production of expert reports shall be completed by March 17, 2008;

- All discovery shall be completed by April 25, 2008; and

- Any dispositive motions shall be filed by May 16, 2008;

and it is further

    **ORDERED** that the status conference presently scheduled for March 20, 2008, at 9:45 a.m. is continued until May ____, 2008, at _____.

    It is **SO ORDERED** this _____ day of January, 2008.


_____
UNITED STATES DISTRICT JUDGE