```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

_____ )
                             )
**RUDY LAWIDJAJA**,          )
                             )
         **Plaintiff**,      )
                             )
    v.                       ) Civil Action No. 07-104 (RWR)(AK)
                             )
**THE WASHINGTON BLADE et al.**, )
                             )
         **Defendants**.     )
_____ )

## ORDER

Magistrate Judge Alan Kay has notified this court that the parties in this case have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 29th day of February, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```